**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | ) | |
| | ) | Case No. 2:18-cv-53-JRG |
| Plaintiff, | ) | LEAD CASE |
| | ) | |
| v. | ) | Case No. 2:18-cv-47-JRG |
| | ) | MEMBER CASE |
| NETSCOUT SYSTEMS, INC. | ) | |
| | ) | Case No. 2:18-cv-54-JRG |
| Defendants. | ) | MEMBER CASE |

**NOTICE OF COMPLIANCE REGARDING
<u>DEFENDANTS' INVALIDITY CONTENTIONS</u>**

Pursuant to the Rules of Practice for Patent Cases for the Eastern District of Texas ("Local Patent Rules" or "P.R."), Defendants Sophos Ltd ("Sophos"), NetScout Systems, Inc. ("NetScout") and Sandvine Corporation ("Sandvine") (collectively "Defendants") provide notice that on August 31, 2018, they jointly served their Invalidity Contentions upon Plaintiff's counsel of record via electronic mail.

Dated:  September 2, 2018

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer P. Ainsworth
(Texas Bar Card #00784720)
Matthew T. Milam
(Texas Bar Card #24065746)
**WILSON, ROBERTSON &
CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Tel.: 903-509-5000
Fax: 903-509-5092
*jainsworth@wilsonlawfirm.com*
*mmilam@wilsonlawfirm.com*

Douglas J. Kline (BBO #556680)
Lana S. Shiferman (BBO #645024)
Robert Frederickson (BBO
#670111)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617-570-1000
Fax: 617-523-1231
*dkline@goodwinlaw.com*
*lshiferman@goodwinlaw.com*
*rfrederickson@goodwinlaw.com*

Counsel for Sophos Ltd.

*/s/ Mark C. Lang*
*(with permission by Jennifer P. Ainsworth)*
Abran J. Kean (CO Bar 44660)
**ERISE IP, P.A.**
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600
Eric A. Buresh (KS Bar 19895)
Mark C. Lang (KS Bar 26185)
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

eric.buresh@eriseip.com
abran.kean@eriseip.com
mark.lang@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Counsel for Defendants NetScout Systems,
Inc. and Sandvine Corporation

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 2nd day of September, 2018.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

3