**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 2:18-cv-53-JRG** |
| v. | § | **LEAD CASE** |
| | § | |
| **NETSCOUT SYTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 2:18-cv-47-JRG** |
| v. | § | **CONSOLIDATED CASE** |
| | § | |
| **SOPHOS LTD,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

**UNOPPOSED NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Implicit, LLC ("Implicit"), pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby notifies the Court of its dismissal of all claims in this action between Implicit and Defendant Sophos Ltd ("Sophos"), WITHOUT PREJUDICE.

Dated: October 31, 2018

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Debra Coleman (Of Counsel)
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
Christian Hurt
Texas State Bar No. 24059987

                              churt@bdavisfirm.com
                              Edward Chin (Of Counsel)
                              Texas State Bar No. 50511688
                              echin@bdavisfirm.com
                              **THE DAVIS FIRM, PC**
                              213 N. Fredonia Street, Suite 230
                              Longview, Texas 75601
                              Telephone: (903) 230-9090
                              Facsimile: (903) 230-9661

                              *Counsel for Plaintiff*
                              *Implicit, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 31st day of October 2018.

                              /s/ William E. Davis, III
                              William E. Davis, III

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this notice is unopposed.

                              /s/ William E. Davis, III
                              William E. Davis, III