# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:18-cv-53-JRG |
| v. | § | **LEAD CASE** |
| | § | |
| **NETSCOUT SYTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER (DKT. 36)

COME NOW JOINTLY Plaintiff Implicit, LLC ("Implicit") and Defendants NetScout Systems, Inc. ("NetScout") and Sandvine Corporation ("Sandvine") and respectfully move to amend the Court's Docket Control Order dated July 19, 2018 (Dkt. 36). In support thereof, the parties would respectfully show the Court as follows:

The parties seek a First Amended Docket Control Order amending the deadlines to serve supplemental infringement contentions and supplemental invalidity contentions and to comply with P.R. 4-1, 4-2, 4-3, and 4-4. The requested amendments do not affect any other deadlines, including any hearing deadlines. The parties request these schedule modifications not for purposes of delay but to allow further time for the parties to evaluate their positions and so that justice may be served. The current schedule, which sets the claim construction hearing for March 27, 2019, provides ample time to accommodate the requested modifications.

The proposed modifications are detailed in the following chart:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Implicit to serve Supplemental Infringement Contentions as to NetScout and Sandvine | October 30, 2018 | November 28, 2018 |
| NetScout and Sandvine to serve Supplemental Invalidity Contentions | | January 25, 2019 |
| Comply with P.R. 4-1 (Exchange Proposed Claim Terms) | November 19, 2018 | December 13, 2018 |
| Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) | December 12, 2019 | January 18, 2019 |
| Comply with P.R. 4-3 (Joint Claim Construction Statement) | January 9, 2019 | January 25, 2019 |
| Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) | January 30, 2019 | February 7, 2019 |

WHEREFORE, PREMISES CONSIDERED, Implicit, NetScout, and Sandvine respectfully pray that the Court enter the attached First Amended Docket Control Order, and for all other relief to which they are justly entitled.

Dated: November 1, 2018

By: /s/ Mark C. Lang
Abran J. Kean (CO Bar 44660)
**ERISE IP, P.A.**
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600

Eric A. Buresh (KS Bar 19895)
Mark C. Lang (KS Bar 26185)
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
eric.buresh@eriseip.com
abran.kean@eriseip.com
mark.lang@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendant*
*NetScout Systems, Inc.*

By: /s/ Mark C. Lang
Abran J. Kean
State Bar No. 44660
Email: abran.kean@eriseip.com
**ERISE IP, P.A.**
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, Colorado 80111
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Eric A. Buresh
KS Bar No. 19895
Email: eric.buresh@eriseip.com
Mark C. Lang

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Christian J. Hurt
Texas State Bar No. 24059987
churt@bdavisfirm.com
Edward Chin (Of Counsel)
Texas State Bar No. 50511688
echin@bdavisfirm.com
Debra Coleman (Of Counsel)
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
**The Davis Firm, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff*
*Implicit, LLC*

KS Bar No. 26185
Email: mark.lang@eriseip.com
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendant*
*Sandvine Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this November 1, 2018.

/s/ William E. Davis, III
William E. Davis, III