# EXHIBIT 8

### 5.4.7. Firewalls

The ability to connect any computer, anywhere, to any other computer, anywhere, is a mixed blessing. For individuals at home, wandering around the Internet is lots of fun. For corporate security managers, it is a nightmare. Most companies have large amounts of confidential information on-line—trade secrets, product development plans, marketing strategies, financial analyses, etc. Disclosure of this information to a competitor could have dire consequences.

In addition to the danger of information leaking out, there is also a danger of information leaking in. In particular, viruses, worms, and other digital pests (Kaufman et al., 1995) can breach security, destroy valuable data, and waste large amounts of administrators' time trying to clean up the mess they leave. Often they are imported by careless employees who want to play some nifty new game.

Consequently, mechanisms are needed to keep "good" bits in and "bad" bits out. One method is to use encryption. This approach protects data in transit between secure sites. We will study it in Chap. 7. However, encryption does nothing to keep digital pests and hackers out. To accomplish this goal, we need to look at firewalls (Chapman and Zwicky, 1995; and Cheswick and Bellovin, 1994).



**Fig. 5-43.** A firewall consisting of two packet filters and an application gateway.

**Firewalls** are just a modern adaptation of that old medieval security standby: digging a deep moat around your castle. This design forced everyone entering or leaving the castle to pass over a single drawbridge, where they could be inspected by the I/O police. With networks, the same trick is possible: a company can have many LANs connected in arbitrary ways, but all traffic to or from the company is forced through an electronic drawbridge (firewall), as shown in Fig. 5-43.

ther computer, any-
ng around the Inter-
htmare.  Most com-
line—trade  secrets,
alyses, etc.  Disclo-
quences.

 is also a danger of
 other digital pests
ata, and waste large
 they leave.  Often
le nifty new game.
ts in and "bad" bits
ects data in transit
er, encryption does
his goal, we need to
nd Bellovin, 1994).

Packet
iltering
router



Connections
to outside
networks

Firewall

tion gateway.

l security standby:
eryone entering or
could be inspected
company can have
m the company is
Fig. 5-43.

The firewall in this configuration has two components: two routers that do packet filtering and an application gateway.  Simpler configurations also exist, but the advantage of this design is that every packet must transit two filters and an application gateway to go in or out.  No other route exists.  Readers who think that one security checkpoint is enough clearly have not made an international flight on a scheduled airline recently.

Each **packet filter** is a standard router equipped with some extra functionality.  The extra functionality allows every incoming or outgoing packet to be inspected.  Packets meeting some criterion are forwarded normally.  Those that fail the test are dropped.

In Fig. 5-43, most likely the packet filter on the inside LAN checks outgoing packets and the one on the outside LAN checks incoming packets.  Packets crossing the first hurdle go to the application gateway for further examination.  The point of putting the two packet filters on different LANs is to ensure that no packet gets in or out without having to pass through the application gateway: there is no path around it.

Packet filters are typically driven by tables configured by the system administrator.  These tables list sources and destinations that are acceptable, sources and destinations that are blocked, and default rules about what to do with packets coming from or going to other machines.

In the common case of a UNIX setting, a source or destination consists of an IP address and a port.  Ports indicate which service is desired.  For example, port 23 is for Telnet, port 79 is for Finger, and port 119 is for USENET news.  A company could block incoming packets for all IP addresses combined with one of these ports.  In this way, no one outside the company could log in via Telnet, or look up people using the Finger daemon.  Furthermore, the company would be spared from having employees spend all day reading USENET news.

Blocking outgoing packets is trickier because although most sites stick to the standard port naming conventions, they are not forced to do so.  Furthermore, for some important services, such as FTP (File Transfer Protocol), port numbers are assigned dynamically.  In addition, although blocking TCP connections is difficult, blocking UDP packets is even harder because so little is known a priori about what they will do.  Many packet filters simply ban UDP traffic altogether.

The second half of the firewall mechanism is the **application gateway**.  Rather than just looking at raw packets, the gateway operates at the application level.  A mail gateway, for example, can be set up to examine each message going in or coming out.  For each one it makes a decision to transmit or discard it based on header fields, message size, or even the content (e.g., at a military installation, the presence of words like "nuclear" or "bomb" might cause some special action to be taken).

Installations are free to set up one or more application gateways for specific applications, but it is not uncommon for suspicious organizations to permit email in and out, and perhaps use of the World Wide Web, but ban everything else as

**412**                    THE NETWORK LAYER                    CHAP. 5

too dicey. Combined with encryption and packet filtering, this arrangement offers a limited amount of security at the cost of some inconvenience.

One final note concerns wireless communication and firewalls. It is easy to design a system that is logically completely secure, but which, in practice, leaks like a sieve. This situation can occur if some of the machines are wireless and use radio communication, which passes right over the firewall in both directions.

## 5.5. THE NETWORK LAYER IN THE INTERNET

At the network layer, the Internet can be viewed as a collection of subnetworks or **Autonomous Systems (ASes)** that are connected together. There is no real structure, but several major backbones exist. These are constructed from high-bandwidth lines and fast routers. Attached to the backbones are regional (midlevel) networks, and attached to these regional networks are the LANs at many universities, companies, and Internet service providers. A sketch of this quasihierarchical organization is given in Fig. 5-44.



**Fig. 5-44.** The Internet is an interconnected collection of many networks.

The glue that holds the Internet together is the network layer protocol, **IP** (**Internet Protocol**). Unlike most older network layer protocols, it was designed from the beginning with internetworking in mind. A good way to think of the network layer is this. Its job is to provide a best-efforts way to transport datagrams

estion. Sometimes
estion at 10, 11, 1,
away at lunch).

t regular intervals.
msec. Using such
ot impossible, but

stem clock (say, in
de is entered, and
sec, the difference
wever, if the meas-
urements added up
etter than 1 μsec.

**Tests**

e major lab project
ext day. Likewise,
your network dur-
s on an idle system
las pitfalls though.
A.M., that might be
ig all the disks to
: wonderful World

o open a large file,
n repeat the meas-
is, the system may
es network traffic.
ich a measurement
formance).
ig the cache. For
and close two 10-
to 0. Still, caution
hing algorithm.
erformance utility
e a performance

substantially higher than the physical line allows. How does this occur? A call to UDP normally returns control as soon as the message has been accepted by the kernel and added to the transmission queue. If there is sufficient buffer space, timing 1000 UDP calls does not mean that all the data have been sent. Most of them may still be in the kernel, but the performance utility thinks they have all been transmitted.

## Understand What You Are Measuring

When you measure the time to read a remote file, your measurements depend on the network, the operating systems on both the client and server, the particular hardware interface boards used, their drivers, and other factors. If done carefully, you will ultimately discover the file transfer time for the configuration you are using. If your goal is to tune this particular configuration, these measurements are fine.

However, if you are making similar measurements on three different systems in order to choose which network interface board to buy, your results could be thrown off completely by the fact that one of the network drivers is truly awful and is only getting 10 percent of the performance of the board.

## Be Careful about Extrapolating the Results

Suppose that you make measurements of something with simulated network loads running from 0 (idle) to 0.4 (40 percent of capacity), as shown by the data points and solid line through them in Fig. 6-47. It may be tempting to extrapolate linearly, as shown by the dotted line. However, many queueing results involve a factor of $1/(1-\rho)$, wher $\rho$ is the load, so the true values may look more like the dashed line.

### 6.6.3. System Design for Better Performance

Measuring and tinkering can often improve performance considerably, but they cannot substitute for good design in the first place. A poorly designed network can be improved only so much. Beyond that, it has to be redone from scratch.

In this section, we will present some rules of thumb based on experience with many networks. These rules relate to system design, not just network design, since the software and operating system are often more important than the routers and interface boards. Most of these ideas have been common knowledge to network designers for years and have been passed on from generation to generation by word of mouth. They were first stated explicitly by Mogul (1993); our treatment largely parallels his. Another relevant source is (Metcalfe, 1993).



**Fig. 6-47.** Response as a function of load.

### Rule #1: CPU Speed Is More Important than Network Speed

Long experience has shown that in nearly all networks, operating system and protocol overhead dominates actual time on the wire. For example, in theory, the minimum RPC time on an Ethernet is 102 μsec, corresponding to a minimum (64-byte) request followed by a minimum (64-byte) reply. In practice, getting the RPC time down to 1500 μsec is a considerable achievement (Van Renesse et al., 1988). Note that 1500 μsec is 15 times worse than the theoretical minimum. Nearly all the overhead is in the software.

Similarly, the biggest problem in running at 1 Gbps is getting the bits from the user's buffer out onto the fiber fast enough and having the receiving CPU process them as fast as they come in. In short, if you double the CPU speed, you often can come close to doubling the throughput. Doubling the network capacity often has no effect since the bottleneck is generally in the hosts.

### Rule #2: Reduce Packet Count to Reduce Software Overhead

Processing a TPDU has a certain amount of overhead per TPDU (e.g., header processing) and a certain amount of processing per byte (e.g., doing the checksum). When sending 1 million bytes, the per-byte overhead is the same no matter what the TPDU size is. However, using 128-byte TPDUs means 32 times as much per-TPDU overhead as using 4K TPDUs. This overhead adds up fast.

CHAP. 6

In addition to the TPDU overhead, there is overhead in the lower layers to consider. Each arriving packet causes an interrupt. On a modern RISC processor, each interrupt breaks the CPU pipeline, interferes with the cache, requires a change to the memory management context, and forces a substantial number of CPU registers to be saved. An $n$-fold reduction in TPDUs sent thus reduces the interrupt and packet overhead by a factor of $n$.

This observation argues for collecting a substantial amount of data before transmission in order to reduce interrupts at the other side. Nagle's algorithm and Clark's solution to the silly window syndrome are attempts to do precisely this.

### Rule #3: Minimize Context Switches

Context switches (e.g., from kernel mode to user mode) are deadly. They have the same bad properties as interrupts, the worst being a long series of initial cache misses. Context switches can be reduced by having the library procedure that sends data do internal buffering until it has a substantial amount of them. Similarly, on the receiving side, small incoming TPDUs should be collected together and passed to the user in one fell swoop instead of individually to minimize context switches.

In the best case, an incoming packet causes a context switch from the current user to the kernel, and then a switch to the receiving process to give it the newly-arrived data. Unfortunately, with many operating systems, additional context switches happen. For example, if the network manager runs as a special process in user space, a packet arrival is likely to cause a context switch from the current user to the kernel, then another one from the kernel to the network manager followed by another one back to the kernel, and finally one from the kernel to the receiving process. This sequence is shown in Fig. 6-48. All these context switches on each packet are very wasteful of CPU time and will have a devastating effect on network performance.



**Fig. 6-48.** Four context switches to handle one packet with a user-space network manager.

**564**                          THE TRANSPORT LAYER                          CHAP. 6

### Rule #4: Minimize Copying

Even worse than multiple context switches is making multiple copies. It is not unusual for an incoming packet to be copied three or four times before the TPDU enclosed in it is delivered. After a packet is received by the network interface in a special on-board hardware buffer, it is typically copied to a kernel buffer. From there it is copied to a network layer buffer, then to a transport layer buffer, and finally to the receiving application process.

A clever operating system will copy a word at a time, but it is not unusual to require about five instructions per word (a load, a store, incrementing an index register, a test for end-of-data, and a conditional branch). On a 50-MIPS machine, making three copies of each packet at five instructions per 32-bit word copied requires 75 nsec per incoming byte. Such a machine can thus accept data at a maximum rate of about 107 Mbps. When overhead for header processing, interrupt handling, and context switches is factored in, 50 Mbps might be achievable, and we have not even considered the actual processing of the data. Clearly, handling a 1-Gbps line is out of the question.

In fact, probably a 50-Mbps line is out of the question, too. In the computation above, we have assumed that a 50-MIPS machine can execute any 50 million instructions/sec. In reality, machines can only run at such speeds if they are not referencing memory. Memory operations are often a factor of three slower than register-register instructions, so actually getting 16 Mbps out of the 1 Gbps line might be considered pretty good. Note that hardware assistance will not help here. The problem is too much copying by the operating system.

### Rule #5: You Can Buy More Bandwidth but Not Lower Delay

The next three rules deal with communication, rather than protocol processing. The first rule states that if you want more bandwidth, you can just buy it. Putting a second fiber next to the first one doubles the bandwidth but does nothing to reduce the delay. Making the delay shorter requires improving the protocol software, the operating system, or the network interface. Even if all of these are done, the delay will not be reduced if the bottleneck is the transmission time.

### Rule #6: Avoiding Congestion Is Better than Recovering from It

The old maxim that an ounce of prevention is worth a pound of cure certainly holds for network congestion. When a network is congested, packets are lost, bandwidth is wasted, useless delays are introduced, and more. Recovering from it takes time and patience. Not having it occur in the first place is better. Congestion avoidance is like getting your DTP vaccination: it hurts a little at the time you get it, but it prevents something that would hurt a lot more.

CHAP. 6

SEC. 6.6                PERFORMANCE ISSUES                **565**

ltiple copies. It is
r times before the
the network inter-
to a kernel buffer.
sport layer buffer,

t is not unusual to
menting an index
50-MIPS machine,
2-bit word copied
s accept data at a
processing, inter-
ght be achievable,
ata. Clearly, han-

. In the computa-
ate any 50 million
ds if they are not
three slower than
f the 1 Gbps line
nce will not help

y

protocol process-
u can just buy it.
but does nothing
ving the protocol
if all of these are
ussion time.

It

of cure certainly
packets are lost,
ecovering from it
better. Conges-
le at the time you

### Rule #7: Avoid Timeouts

Timers are necessary in networks, but they should be used sparingly and timeouts should be minimized. When a timer goes off, some action is generally repeated. If it is truly necessary to repeat the action, so be it, but repeating it unnecessarily is wasteful.

The way to avoid extra work is to be careful that timers are set a little bit on the conservative side. A timer that takes too long to expire adds a small amount of extra delay to one connection in the (unlikely) event of a TPDU being lost. A timer that goes off when it should not have uses up scarce CPU time, wastes bandwidth, and puts extra load on perhaps dozens of routers for no good reason.

### 6.6.4. Fast TPDU Processing

The moral of the story above is that the main obstacle to fast networking is protocol software. In this section we will look at some ways to speed up this software. For more information, see (Clark et al., 1989; Edwards and Muir, 1995; and Chandranmenon and Varghese, 1995).

TPDU processing overhead has two components: overhead per TPDU and overhead per byte. Both must be attacked. The key to fast TPDU processing is to separate out the normal case (one-way data transfer) and handle it specially. Although a sequence of special TPDUs are needed to get into the *ESTABLISHED* state, once there, TPDU processing is straightforward until one side starts to close the connection.

Let us begin by examining the sending side in the *ESTABLISHED* state when there are data to be transmitted. For the sake of clarity, we assume here that the transport entity is in the kernel, although the same ideas apply if it is a user-space process or a library inside the sending process. In Fig. 6-49, the sending process traps into the kernel to do the SEND. The first thing the transport entity does is make a test to see if this is the normal case: the state is *ESTABLISHED*, neither side is trying to close the connection, a regular (i.e., not an out-of-band) full TPDU is being sent, and there is enough window space available at the receiver. If all conditions are met, no further tests are needed and the fast path through the sending transport entity can be taken.

In the normal case, the headers of consecutive data TPDUs are almost the same. To take advantage of this fact, a prototype header is stored within the transport entity. At the start of the fast path, it is copied as fast as possible to a scratch buffer, word by word. Those fields that change from TPDU to TPDU are then overwritten in the buffer. Frequently, these fields are easily derived from state variables, such as the next sequence number. A pointer to the full TPDU header plus a pointer to the user data are then passed to the network layer. Here the same strategy can be followed (not shown in Fig. 6-49). Finally, the network layer gives the resulting packet to the data link layer for transmission.

**566**                    THE TRANSPORT LAYER                    CHAP. 6



**Fig. 6-49.** The fast path from sender to receiver is shown with a heavy line. The processing steps on this path are shaded.

As an example of how this principle works in practice, let us consider TCP/IP. Fig. 6-50(a) shows the TCP header. The fields that are the same between consecutive TPDUs on a one-way flow are shaded. All the sending transport entity has to do is copy the five words from the prototype header into the output buffer, fill in the next sequence number (by copying it from a word in memory), compute the checksum, and increment the sequence number in memory. It can then hand the header and data to a special IP procedure for sending a regular, maximum TPDU. IP then copies its five-word prototype header [see Fig. 6-50(b)] into the buffer, fills in the *Identification* field, and computes its checksum. The packet is now ready for transmission.



**Fig. 6-50.** (a) TCP header. (b) IP header. In both cases, the shaded fields are taken from the prototype without change.

Now let us look at fast path processing on the receiving side of Fig. 6-49. Step 1 is locating the connection record for the incoming TPDU. For ATM,



ı heavy line.

s consider TCP/IP.
ame between con-
ng transport entity
· the output buffer,
nemory), compute
. It can then hand
·egular, maximum
. 6-50(b)] into the
ım. The packet is



d fields are

side of Fig. 6-49.
?DU. For ATM,

finding the connection record is easy: the *VPI* field can be used as an index into the path table to find the virtual circuit table for that path and the *VCI* can be used as an index to find the connection record. For TCP, the connection record can be stored in a hash table for which some simple function of the two IP addresses and two ports is the key. Once the connection record has been located, both addresses and both ports must be compared to verify that the correct record has been found.

An optimization that often speeds up connection record lookup even more is just to maintain a pointer to the last one used and try that one first. Clark et al. (1989) tried this and observed a hit rate exceeding 90 percent. Other lookup heuristics are described in (McKenney and Dove, 1992).

The TPDU is then checked to see if it is a normal one: the state is *ESTAB-LISHED*, neither side is trying to close the connection, the TPDU is a full one, no special flags are set, and the sequence number is the one expected. These tests take just a handful of instructions. If all conditions are met, a special fast path TCP procedure is called.

The fast path updates the connection record and copies the data to the user. While it is copying, it also computes the checksum, eliminating an extra pass over the data. If the checksum is correct, the connection record is updated and an acknowledgement is sent back. The general scheme of first making a quick check to see if the header is what is expected, and having a special procedure to handle that case, is called **header prediction**. Many TCP implementations use it. When this optimization and all the other ones discussed in this chapter are used together, it is possible to get TCP to run at 90 percent of the speed of a local memory-to-memory copy, assuming the network itself is fast enough.

Two other areas where major performance gains are possible are buffer management and timer management. The issue in buffer management is avoiding unnecessary copying, as we mentioned above. Timer management is important because nearly all timers set do not expire. They are set to guard against TPDU loss, but most TPDUs arrive correctly and their acknowledgements also arrive correctly. Hence it is important to optimize timer management for the case of timers rarely expiring.

A common scheme is to use a linked list of timer events sorted by expiry time. The head entry contains a counter telling how many ticks away from expiry it is. Each successive entry contains a counter telling how many ticks after the previous entry it is. Thus if timers expire in 3, 10, and 12 ticks, respectively, the three counters are 3, 7, and 2, respectively.

At every clock tick, the counter in the head entry is decremented. When it hits zero, its event is processed and the next item on the list becomes the head. Its counter does not have to be changed. In this scheme, inserting and deleting timers are expensive operations, with execution times proportional to the length of the list.

A more efficient approach can be used if the maximum timer interval is bounded and known in advance. Here an array, called a **timing wheel**, can be

**568**                    THE TRANSPORT LAYER                    CHAP. 6

used, as shown in Fig. 6-51. Each slot corresponds to one clock tick. The current time shown is $T = 4$. Timers are scheduled to expire at 3, 10, and 12 ticks from now. If a new timer suddenly is set to expire in seven ticks, an entry is just made in slot 11. Similarly, if the timer set for $T + 10$ has to be canceled, the list starting in slot 14 has to be searched and the required entry removed. Note that the array of Fig. 6-51 cannot accommodate timers beyond $T + 15$.



**Fig. 6-51.** A timing wheel.

When the clock ticks, the current time pointer is advanced by one slot (circularly). If the entry now pointed to is nonzero, all of its timers are processed. Many variations on the basic idea are discussed in (Varghese and Lauck, 1987).

### 6.6.5. Protocols for Gigabit Networks

At the start of the 1990s, gigabit networks began to appear. People's first reaction was to use the old protocols on them, but various problems quickly arose. In this section we will discuss some of these problems and the directions new protocols are taking to solve them. Other information can be found in (Baransel et al., 1995; and Partridge, 1994).

The first problem is that many protocols use 16-bit or 32-bit sequence numbers. In the old days, $2^{32}$ was a pretty good approximation to infinity. It no longer is. At a data rate of 1 Gbps, it takes about 32 sec to send $2^{32}$ bytes. If sequence numbers refer to bytes, as they do in TCP, then a sender can start transmitting byte 0, blast away, and 32 sec later be back at byte 0. Even assuming that all bytes have been acknowledged, the sender cannot safely transmit new data

Case 2:18-cv-00053-JRG   Document 89-5   Filed 02/20/19   Page 13 of 14 PageID #: 1276

## 6.4.9. Wireless TCP and UDP

In theory, transport protocols should be independent of the technology of the underlying network layer. In particular, TCP should not care whether IP is running over fiber or over radio. In practice, it does matter because most TCP implementations have been carefully optimized based on assumptions that are true for wired networks but which fail for wireless networks. Ignoring the properties of wireless transmission can lead to a TCP implementation that is logically correct but has horrendous performance.

The principal problem is the congestion control algorithm. Nearly all TCP implementations nowadays assume that timeouts are caused by congestion, not by lost packets. Consequently, when a timer goes off, TCP slows down and sends less vigorously (e.g., Jacobson's slow start algorithm). The idea behind this approach is to reduce the network load and thus alleviate the congestion.

Unfortunately, wireless transmission links are highly unreliable. They lose packets all the time. The proper approach to dealing with lost packets is to send them again, and as quickly as possible. Slowing down just makes matters worse. If, say, 20 percent of all packets are lost, then when the sender transmits 100 packets/sec, the throughput is 80 packets/sec. If the sender slows down to 50 packets/sec, the throughput drops to 40 packets/sec.

In effect, when a packet is lost on a wired network, the sender should slow down. When one is lost on a wireless network, the sender should try harder. When the sender does not know what the network is, it is difficult to make the correct decision.

Frequently, the path from sender to receiver is inhomogeneous. The first 1000 km might be over a wired network, but the last 1 km might be wireless. Now making the correct decision on a timeout is even harder, since it matters where the problem occurred. A solution proposed by Bakne and Badrinath (1995), **indirect TCP**, is to split the TCP connection into two separate connections, as shown in Fig. 6-35. The first connection goes from the sender to the base station. The second one goes from the base station to the receiver. The base station simply copies packets between the connections in both directions.



Fig. 6-35. Splitting a TCP connection into two connections.

The advantage of this scheme is that both connections are now homogeneous. Timeouts on the first connection can slow the sender down, whereas timeouts on the second one can speed it up. Other parameters can also be tuned separately for the two connections. The disadvantage is that it violates the semantics of TCP. Since each part of the connection is a full TCP connection, the base station acknowledges each TCP segment in the usual way. Only now, receipt of an acknowledgement by the sender does not mean that the receiver got the segment, only that the base station got it.

A different solution, due to Balakrishnan et al. (1995), does not break the semantics of TCP. It works by making several small modifications to the network layer code in the base station. One of the changes is the addition of a snooping agent that observes and caches TCP segments going out to the mobile host, and acknowledgements coming back from it. When the snooping agent sees a TCP segment going out to the mobile host but does not see an acknowledgement coming back before its (relatively short) timer goes off, it just retransmits that segment, without telling the source that it is doing so. It also generates a retransmission when it sees duplicate acknowledgements from the mobile host go by, invariably meaning that the mobile host has missed something. Duplicate acknowledgements are discarded on the spot, to avoid having the source misinterpret them as a sign of congestion.

One disadvantage of this transparency, however, is that if the wireless link is very lossy, the source may time out waiting for an acknowledgement and invoke the congestion control algorithm. With indirect TCP, the congestion control algorithm will never be started unless there really is congestion in the wired part of the network.

The Balakrishnan et al. paper also has a solution to the problem of lost segments originating at the mobile host. When the base station notices a gap in the inbound sequence numbers, it generates a request for a selective repeat of the missing bytes using a TCP option. Using these two fixes, the wireless link is made more reliable in both directions, without the source knowing about it, and without changing the semantics of TCP.

While UDP does not suffer from the same problems as TCP, wireless communication also introduces difficulties for it. The main trouble is that programs use UDP expecting it to be highly reliable. They know that no guarantees are given, but they still expect it to be near perfect. In a wireless environment, it will be far from perfect. For programs that are able to recover from lost UDP messages, but only at considerable cost, suddenly going from an environment where messages theoretically can be lost but rarely are, to one in which they are constantly being lost can result in a performance disaster.

Wireless communication also affects areas other than just performance. For example, how does a mobile host find a local printer to connect to, rather than use its home printer? Somewhat related to this is how to get the WWW page for the local cell, even if its name is not known. Also, WWW page designers tend to