IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:18-CV-00053-JRG |
| | § | (LEAD CASE) |
| v. | § | |
| | § | |
| NETSCOUT SYSTEMS, INC., | § | CIVIL ACTION NO. 2:18-CV-00054-JRG |
| | § | (MEMBER CASE) |
| *Defendant*. | § | |
| | § | |

# ORDER

Before the Court is Plaintiff Implicit, LLC ("Implicit"), Defendant NetScout Systems, Inc. ("NetScout"), and Defendant Sandvine Corporation's ("Sandvine") (collectively, the "Parties") Joint Motion to Amend Infringement Contentions, the Docket Control Order, and Continue Trial Date (the "Motion"). (Dkt. No. 122.) The Court held a telephonic hearing on the Motion on May 21, 2019.

Having considered the Motion and in light of the aforementioned hearing, the Court hereby **GRANTS** the Motion. It is therefore **ORDERED** that Plaintiff Implicit is granted leave to amend its infringement contentions to add the following products to the above-captioned consolidated cases:

- *Implicit, LLC v. NetScout Systems, Inc.*, 2:18-cv-00053: Iris/Geoprobe, TruView, Arbor Availability Protection System, Arbor Threat Mitigation System, and Arbor Edge Defense products.

- *Implicit, LLC v. Sandvine Corporation*, 2:18-cv-00054: PacketLogic products.

1

(Dkt. No. 122 at 3.)  It is further **ORDERED** that the trial setting in the above-captioned consolidated cases is rescheduled for **DECEMBER 9, 2019**, as set forth and consistent with the concurrently filed Seventh Amended Docket Control Order.

**So ORDERED and SIGNED this 22nd day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE