**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | **Civil Action No. 2:18-CV-53-JRG** **(LEAD CASE)** |
| **NETSCOUT SYSTEMS, INC.,** | § § | |
| *Defendant.* | § | |
| **IMPLICIT, LLC,** | § § | |
| *Plaintiff*, | § § | |
| v. | § § § | **Civil Action No. 2:18-CV-54-JRG** **(CONSOLIDATED CASE)** |
| **SANDVINE CORPORATION,** | § § | |
| *Defendant.* | § § | |

## NOTICE OF COMPLIANCE

Defendants NetScout Systems, Inc. and Sandvine Corporation hereby notify the Court that they have complied with the Court's September 26, 2019, Eleventh Amended Docket Control Order [Dkt.139], by serving their Objections to Pretrial Disclosures and Rebuttal Pretrial Disclosures on Plaintiff's counsel via electronic mail on October 18, 2019.

Dated:  October 21, 2019                    Respectfully submitted,

                                           */s/ Melissa R. Smith*
                                           Melissa R. Smith
                                           Texas Bar No. 24001351
                                           melissa@gillamsmithlaw.com
                                           **GILLAM & SMITH, L.L.P.**
                                           102 N. College, Suite 800
                                           Tyler, Texas 75702
                                           Telephone: (903) 934-8450
                                           Facsimile: (903) 934-9257

Eric A. Buresh (KS Bar 19895)
Marc C. Lang  (KS Bar 26185)
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone (913) 777-5600
Facsimile: (913) 777-5601
eric.buresh@eriseip.com
mark.lang@eriseip.com

Abran J. Kean (CO Bar 44660)
**ERISE IP, P.A.**
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600
abran.kean@eriseip.com

*Attorneys for Defendants*
*NetScourt Systems, Inc and*
*Sandvine Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of October, 2019.

*/s/ Melissa R. Smith*
Melissa R. Smith

2