# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:18-cv-53-JRG |
| | § | LEAD CASE |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NETSCOUT SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:18-cv-54-JRG |
| | § | MEMBER CASE |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| SANDVINE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## NETSCOUT SYSTEM, INC.'S INITIAL TRIAL EXHIBIT LIST FOR ISSUES ON WHICH DEFENDANTS BEAR THE BURDEN

Pursuant to the Eleventh Amended Docket Control Order (Dkt. No. 1139), Defendant NetScout Systems, Inc.'s ("NetScout") trial exhibit list for issues on which NetScout bears the burden at trial is attached hereto at Exhibit A. NetScout reserves the right to make rebuttal designation of exhibits on issues for which Implicit, LLC bears the burden, and to use any exhibits designated by Implicit, LLC.

The exhibits listed herein are exhibits that NetScout may offer at trial. NetScout may decide to not offer certain of the listed exhibits into evidence, and some exhibits are contingent on what Implicit, LLC offers into evidence. The list includes certain exhibits that NetScout may elect

1

to use solely for impeachment and which are marked for identification purposes. Accordingly, inclusion on this list is not a waiver of any objection and not a concession that the exhibit is admissible or would be admissible if offered by Implicit, LLC.

NetScout further reserves the right to offer into evidence any trial exhibit listed in Implicit, LLC 's trial exhibit lists or deposition exhibit included with any designated deposition testimony should the testimony be introduced during the course of the trial.  NetScout includes the exhibits listed herein in the interest of ensuring timely disclosure. However, some exhibits may not relate to issues on which NetScout bears the burden of proof.  Inclusion of any exhibit on this list is not a concession that NetScout bears the burden of proof on any issue, nor is it a waiver of any objection with respect to the burden of proof.

Dated: October 8, 2019

By: */s/ Mark C. Lang*
ERISE IP, P.A.
Eric A. Buresh, *pro hac vice*
KS Bar No. 19895
Mark C. Lang *pro hac vice*
KS Bar No. 26185
7015 College Blvd., Suite 700
Overland Park, KS 66211
913-777-5600
eric.buresh@eriseip.com
mark.lang@eriseip.com

Abran J. Kean, *pro hac vice*
CO Bar No. 44660
5600 Greenwood Plaza Blvd, Suite 200
Greenwood Village, CO 80111
913-777-5600
abran.kean@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue

Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendant Netscout Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:18-cv-53-JRG |
| | § | LEAD CASE |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NETSCOUT SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

---

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:18-cv-54-JRG |
| | § | MEMBER CASE |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| SANDVINE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

**SANDVINE CORPORATION'S INITIAL TRIAL EXHIBIT LIST FOR ISSUES ON
WHICH DEFENDANTS BEAR THE BURDEN**

Pursuant to the Eleventh Amended Docket Control Order (Dkt. No. 139), Defendant Sandvine Corporation's ("Sandvine") trial exhibit list for issues on which Sandvine bears the burden at trial is attached hereto at Exhibit A. Sandvine reserves the right to make rebuttal designation of exhibits on issues for which Implicit, LLC bears the burden, and to use any exhibits designated by Implicit, LLC.

The exhibits listed herein are exhibits that Sandvine may offer at trial. Sandvine may decide to not offer certain of the listed exhibits into evidence, and some exhibits are contingent on what Implicit, LLC offers into evidence. The list includes certain exhibits that Sandvine may elect to use solely for impeachment and which are marked for identification purposes.

Accordingly, inclusion on this list is not a waiver of any objection and not a concession that the exhibit is admissible or would be admissible if offered by Implicit, LLC.

Sandvine further reserves the right to offer into evidence any trial exhibit listed in Implicit, LLC 's trial exhibit lists or deposition exhibit included with any designated deposition testimony should the testimony be introduced during the course of the trial. Sandvine includes the exhibits listed herein in the interest of ensuring timely disclosure. However, some exhibits may not relate to issues on which Sandvine bears the burden of proof. Inclusion of any exhibit on this list is not a concession that Sandvine bears the burden of proof on any issue, nor is it a waiver of any objection with respect to the burden of proof.

Dated: October 8, 2019

By: */s/ Mark C. Lang*
ERISE IP, P.A.
Eric A. Buresh, *pro hac vice*
KS Bar No. 19895
Mark C. Lang *pro hac vice*
KS Bar No. 26185
7015 College Blvd., Suite 700
Overland Park, KS 66211
913-777-5600
eric.buresh@eriseip.com
mark.lang@eriseip.com

Abran J. Kean, *pro hac vice*
CO Bar No. 44660
5600 Greenwood Plaza Blvd, Suite 200
Greenwood Village, CO 80111
913-777-5600
abran.kean@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670

*Attorneys for Defendant Sandvine*
*Corporation*

2

Plaintiff Implicit, LLC provides the following codes to its objections to Defendants' Exhibit

List:

| Abbreviation | Objection |
|---|---|
| 401/402 | Irrelevant |
| 403 | Unfair prejudice, confusing, waste of time |
| 602 | Lack of personal knowledge/foundation |
| 801/802 | Hearsay |
| 901 | Authentication |
| MD | Multiple Documents |
| U | Untimely – Produced after close of discovery |
| MIL | Subject to pending MIL |
| Stip | Subject to Stipulation |
| LD | Late Disclosure |
| NR | No Rebuttal Identified |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0001 | Design and Implementation of a Modular, Flexible, and Fast System for Dynamic Protocol Composition | DEFSPA000158 | DEFSPA000167 | | 602; 801/802; 901 | | | | | May-96 |
| DX-0002 | ASHs: Application-Specific Handlers for High-Performance Messaging | DEFSPA000300 | DEFSPA000312 | | 401/402; 602; 801/802; 901 | | | | | Aug-96 |
| DX-0003 | A Scalable, High Performance Active Network Node | DEFSPA000629 | DEFSPA000649 | | 602; 801/802; 901 | | | | | Apr-98 |
| DX-0004 | DAN: Distributed Code Caching for Active Networks | DEFSPA000650 | DEFSPA000657 | | 602; 801/802; 901 | | | | | Mar-98 |
| DX-0005 | Router Plugins A Software Architecture for Next Generation Routers | DEFSPA000678 | DEFSPA000689 | | 602; 801/802; 901 | | | | | Sep-98 |
| DX-0006 | U.S. Provisional Application No. 60/032,485 | DEFSPA001234 | DEFSPA001260 | | 401/402; 403; 602; 801/802; 901 | | | | | 12/9/1996 |
| DX-0007 | U.S. Provisional Application No. 60/066,864 Appendix A | DEFSPA001261 | DEFSPA001295 | | 401/402; 403; 602; 801/802; 901 | | | | | 11/25/1997 |
| DX-0008 | U.S. Provisional Application No. 60/066,864 | DEFSPA001296 | DEFSPA001337 | | 401/402; 403; 602; 801/802; 901 | | | | | 11/25/1997 |
| DX-0009 | U.S. Patent No. 6,046,980 File History | DEFSPA001338 | DEFSPA001557 | | 401/402; 403; 602; 801/802; 901 | | | | | 11/24/1997 |
| DX-0010 | U.S. Patent No. 6,046,980 Appendices A-D | DEFSPA001381 | DEFSPA001434 | | 401/402; 403; 602; 801/802; 901 | | | | | 11/24/1997 |
| DX-0011 | U.S. Patent No. 6,046,980 | DEFSPA001833 | DEFSPA001865 | | | | | | | 11/24/1997 |
| DX-0012 | U.S. Patent No. 6,412,000 | DEFSPA001866 | DEFSPA001882 | | | | | | | 11/23/1998 |
| DX-0013 | Joust: A Platform for Communication-Oriented Liquid Software | DEFSPA002608 | DEFSPA002624 | | 602; 801/802; 901 | | | | | 12/3/1997 |
| DX-0014 | Scout Programmer's Manual: 1 Router Graph | DEFSPA002626 | DEFSPA002630 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0015 | Scout Programmer's Manual: 10 Participant Library | DEFSPA002631 | DEFSPA002634 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0016 | Scout Programmer's Manual: 11 Device Library | DEFSPA002635 | DEFSPA002637 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0017 | Scout Programmer's Manual: 12 Debugging Library | DEFSPA002638 | DEFSPA002640 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0018 | Scout Programmer's Manual: 13 Directory Structure | DEFSPA002641 | DEFSPA002642 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0019 | Scout Programmer's Manual: 14 Configuration | DEFSPA002643 | DEFSPA002647 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0020 | Scout Programmer's Manual: 15 Building Scout | DEFSPA002648 | DEFSPA002650 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0021 | Scout Programmer's Manual: 16 Running Scout Kernel | DEFSPA002651 | DEFSPA002656 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0022 | Scout Programmer's Manual: 17 Runing SOL | DEFSPA002657 | DEFSPA002657 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0023 | Scout Programmer's Manual: 18 Coding Style | DEFSPA002658 | DEFSPA002660 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0024 | Scout Programmer's Manual: 19 Interface Specifications | DEFSPA002661 | DEFSPA002689 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0025 | Scout Programmer's Manual: 2 Path Object | DEFSPA002690 | DEFSPA002697 | | 602; 801/802; 901 | | | | | 11/16/1998 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0026 | Scout Programmer's Manual: 20 Router Specifications | DEFSPA002698 | DEFSPA002763 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0027 | Scout Programmer's Manual: 3 Demultiplexing | DEFSPA002764 | DEFSPA002767 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0028 | Scout Programmer's Manual: 4 Attribute Library | DEFSPA002768 | DEFSPA002770 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0029 | Scout Programmer's Manual: 5 Thread Library | DEFSPA002771 | DEFSPA002780 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0030 | Scout Programmer's Manual: 6 Buffer Library | DEFSPA002781 | DEFSPA002782 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0031 | Scout Programmer's Manual: 7 Event Library | DEFSPA002783 | DEFSPA002784 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0032 | Scout Programmer's Manual: 8 Map Library | DEFSPA002785 | DEFSPA002788 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0033 | Scout Programmer's Manual: 9 Message Library | DEFSPA002789 | DEFSPA002793 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0034 | Scout Programmer's Manual (Version 2.0) | DEFSPA002794 | DEFSPA002795 | | 106; 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0035 | Scout Programmer's Manual: References | DEFSPA002796 | DEFSPA002797 | | 602; 801/802; 901 | | | | | 11/16/1998 |
| DX-0036 | Scout: A Communications-Oriented Operating System | DEFSPA002815 | DEFSPA002832 | | 602; 801/802; 901 | | | | | 6/17/1994 |
| DX-0037 | Making Paths Explicit in the Scout Operating System | DEFSPA002848 | DEFSPA002862 | | 801/802; 901 | | | | | 1996 |
| DX-0038 | Scout: A Path-Based Operating System | DEFSPA002865 | DEFSPA002038 | | 801/802; 901 | | | | | 1997 |
| DX-0039 | Message Library Design Notes | DEFSPA003055 | DEFSPA003062 | | 801/802; 901 | | | | | Jan-96 |
| DX-0040 | Map Library Design Notes | DEFSPA003063 | DEFSPA003073 | | 801/802; 901 | | | | | Jan-96 |
| DX-0041 | Extensibility, Safety and Performance in the SPIN Operating System | DEFSPA003335 | DEFSPA003352 | | 801/802; 901 | | | | | Dec-95 |
| DX-0042 | An Extensible Protocol Architecture for Application-Specific Networking | DEFSPA003362 | DEFSPA003371 | | 801/802; 901 | | | | | Dec-95 |
| DX-0043 | An Extensible Protocol Architecture for Application-Specific Networking | DEFSPA003362 | DEFSPA003371 | | 801/802; 901 | | | | | Jan-96 |
| DX-0044 | Extensibility, Safety, and Performance in the SPIN Operating System | DEFSPA003380 | DEFSPA003397 | | 602; 801/802; 901 | | | | | Dec-95 |
| DX-0045 | Extensibility, Safety, and Performance in the SPIN Operating System | DEFSPA003380 | DEFSPA003397 | | 602; 801/802; 901 | | | | | Dec-95 |
| DX-0046 | Dynamic Binding for an Extensible System | DEFSPA003398 | DEFSPA003409 | | 602; 801/802; 901 | | | | | Oct-96 |
| DX-0047 | iX86 SPIN Distribution | DEFSPA003470 | DEFSPA003470 | | 106; 602; 801/802; 901 | | | | | 12/1/1998 |
| DX-0048 | SPIN Papers | DEFSPA003474 | DEFSPA003477 | | 602; 801/802; 901 | | | | | 4/20/1998 |
| DX-0049 | plexus | DEFSPA004067 | DEFSPA004067 | | 401/402; 602; 801/802; 901 | | | | | |
| DX-0050 | Creating A New Protocol | DEFSPA004079 | DEFSPA004079 | | 401/402; 602; 801/802; 901 | | | | | |
| DX-0051 | Writing A Protocol Client | DEFSPA004595 | DEFSPA004595 | | 401/402; 602; 801/802; 901 | | | | | |
| DX-0052 | Final Crossbow Demo | DEFSPA006365 | DEFSPA006365 | | 401/402; 801/802; 901; 1001-1003 | | | | | 8/28/1998 |
| DX-0053 | Scout Code | DEFSPA007612 | DEFSPA007632 | | 403; 801/802; 901 | | | | | |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0054 | Scout Code | DEFSPA007953 | DEFSPA007958 | | 403; 801/802; 901 | | | | | |
| DX-0055 | Scout Code | DEFSPA008160 | DEFSPA008162 | | 403; 801/802; 901 | | | | | |
| DX-0056 | Scout Code | DEFSPA008893 | DEFSPA008902 | | 403; 801/802; 901 | | | | | |
| DX-0057 | Scout Code | DEFSPA008994 | DEFSPA009000 | | 403; 801/802; 901 | | | | | |
| DX-0058 | Scout Code | DEFSPA009049 | DEFSPA009055 | | 403; 801/802; 901 | | | | | |
| DX-0059 | Scout Code | DEFSPA009351 | DEFSPA009355 | | 403; 801/802; 901 | | | | | |
| DX-0060 | Scout Code | DEFSPA009512 | DEFSPA009517 | | 403; 801/802; 901 | | | | | |
| DX-0061 | Scout Code | DEFSPA009581 | DEFSPA009585 | | 403; 801/802; 901 | | | | | |
| DX-0062 | Scout Code | DEFSPA009949 | DEFSPA009983 | | 403; 801/802; 901 | | | | | |
| DX-0063 | Scout Code | DEFSPA010093 | DEFSPA010119 | | 403; 801/802; 901 | | | | | |
| DX-0064 | Scout Code | DEFSPA010240 | DEFSPA010265 | | 403; 801/802; 901 | | | | | |
| DX-0065 | Scout Code | DEFSPA010780 | DEFSPA010795 | | 403; 801/802; 901 | | | | | |
| DX-0066 | Scout Code | DEFSPA013774 | DEFSPA013780 | | 403; 801/802; 901 | | | | | |
| DX-0067 | Scout Code | DEFSPA013841 | DEFSPA013843 | | 403; 801/802; 901 | | | | | |
| DX-0068 | Scout Code | DEFSPA013863 | DEFSPA013864 | | 403; 801/802; 901 | | | | | 10/3/1996 |
| DX-0069 | Scout Code | DEFSPA013906 | DEFSPA013912 | | 403; 801/802; 901 | | | | | |
| DX-0070 | Scout Code | DEFSPA014656 | DEFSPA014660 | | 403; 801/802; 901 | | | | | |
| DX-0071 | Scout Code | DEFSPA016166 | DEFSPA016171 | | 403; 801/802; 901 | | | | | |
| DX-0072 | Scout Code | DEFSPA016274 | DEFSPA016276 | | 403; 801/802; 901 | | | | | |
| DX-0073 | A Language-Based Approach to Protocol Construction | DEFSPA064476 | DEFSPA064641 | | 401/402; 602; 801/802; 901 | | | | | Aug-97 |
| DX-0074 | Scout Programmer's Manual (Version 2.0) | DEFSPA064671 | DEFSPA064849 | | 801/802; 901 | | | | | 12/8/1998 |
| DX-0075 | ANN - A Scalable, High Performance Active Network Node | DEFSPA068881 | DEFSPA068883 | | 801/802; 901 | | | | | 6/29/1998 |
| DX-0076 | INFOCOM'98 DAN Slides | DEFSPA068884 | DEFSPA068900 | | 602; 801/802; 901 | | | | | 4/1/1998 |
| DX-0077 | Active Nets Workshop ANN Slides | DEFSPA151657 | DEFSPA151672 | | 801/802; 901 | | | | | 7/16/1998 |
| DX-0078 | Active Nets Workshop July 16-17, 1998 Agenda | DEFSPA151674 | DEFSPA151675 | | 401/402; 602; 801/802; 901 | | | | | Jul-98 |
| DX-0079 | Active Nets Workshop July 16-17, 1998 Who is Registered? | DEFSPA151678 | DEFSPA151680 | | 401/402; 602; 801/802; 901 | | | | | Jul-98 |
| DX-0080 | Making Paths Explicit in the Scout Operating System | DEFSPA151724 | DEFSPA151739 | | 801/802; 901 | | | | | Oct-96 |
| DX-0081 | The University of Arizona, Department of Computer Science Technical Reports | DEFSPA151740 | DEFSPA151749 | | 602; 801/802; 901 | | | | | 1/22/1998 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0082 | The University of Arizona, Department of Computer Science Technical Reports | DEFSPA151750 | DEFSPA151758 | | 602; 801/802; 901 | | | | | 4/12/1997 |
| DX-0083 | The University of Arizona, Computer Science Department Current Research Projects | DEFSPA151759 | DEFSPA151760 | | 602; 801/802; 901 | | | | | 6/20/1997 |
| DX-0084 | University of Arizona, Department of Computer Science Current Research Projects: The Scout Operating System | DEFSPA151761 | DEFSPA151762 | | 602; 801/802; 901 | | | | | 1/22/1998 |
| DX-0085 | University of Arizona, Department of Computer Science Current Research Projects: Scout Overview | DEFSPA151763 | DEFSPA151764 | | 602; 801/802; 901 | | | | | 1/22/1998 |
| DX-0086 | Making Paths Explicit in the Scout Operating System - HTML version | DEFSPA151765 | DEFSPA151765 | | 106; 403; 602; 801/802; 901 | | | | | 1/22/1998 |
| DX-0087 | The University of Arizona, Computer Science Department Current Research Projects: Scout Publications | DEFSPA151766 | DEFSPA151767 | | 602; 801/802; 901 | | | | | 1/22/1998 |
| DX-0088 | Escort: A Path-Based OS Security Architecture | DEFSPA151768 | DEFSPA151784 | | 801/802; 901 | | | | | 1997 |
| DX-0089 | The University of Arizona, Computer Science Department Current Research Projects: WebServ | DEFSPA151785 | DEFSPA151785 | | 602; 801/802; 901 | | | | | 12/21/1998 |
| DX-0090 | The University of Arizona, Computer Science Department Current Research Projects: Joust | DEFSPA151793 | DEFSPA151794 | | | | | | | 1/22/1998 |
| DX-0091 | INFOCOM '98 Technical Program | DEFSPA151797 | DEFSPA151820 | | 602; 801/802; 901 | | | | | Mar-98 |
| DX-0092 | An Extensible Protocol Architecture for Application-Specific Networking Download | DEFSPA151821 | DEFSPA151821 | | 106; 403; 602; 801/802; 901 | | | | | 4/20/1998 |
| DX-0093 | Extensibility, Safety and Performance in the SPIN Operating System Download | DEFSPA151822 | DEFSPA151822 | | 106; 403; 602; 801/802; 901 | | | | | Apr-98 |
| DX-0094 | USENIX 1996 Annual Technical Conference Program | DEFSPA151825 | DEFSPA151837 | | 602; 801/802; 901 | | | | | Jan-96 |
| DX-0095 | SPIN Papers | DEFSPA151838 | DEFSPA151841 | | 602; 801/802; 901 | | | | | 4/20/1998 |
| DX-0096 | The SPIN Operating System | DEFSPA151842 | DEFSPA151843 | | 602; 801/802; 901 | | | | | 4/20/2998 |
| DX-0097 | Welcome to the SPIN Web Server running on SPIN | DEFSPA151844 | DEFSPA151846 | | 602; 801/802; 901 | | | | | 10/23/1997 |
| DX-0098 | USENIX 1996 Annual Technical Conference | DEFSPA151847 | DEFSPA151851 | | 602; 801/802; 901 | | | | | Jan-96 |
| DX-0099 | SOSP-15 Event Table | DEFSPA151852 | DEFSPA151855 | | 602; 801/802; 901 | | | | | Dec-95 |
| DX-0100 | Marc Fiuczynski's Home Page | DEFSPA151856 | DEFSPA151857 | | 602; 801/802; 901 | | | | | 5/25/1998 |
| DX-0101 | SOSP Advance Program | DEFSPA151858 | DEFSPA151859 | | 401/402; 602; 901 | | | | | Dec-95 |
| DX-0102 | Crossbow - Toolkit for Integrated Services over Cell Switched IPv6 | DEFSPA151938 | DEFSPA151940 | | 801/802; 901 | | | | | 12/2/1998 |
| DX-0103 | Dan's Home Page | DEFSPA151941 | DEFSPA151942 | | 801/802; 901 | | | | | 6/29/1998 |
| DX-0104 | Crossbow A Toolkit for Integrated Services over Cell Switched IPv6 | DEFSPA151943 | DEFSPA151949 | | 801/802; 901 | | | | | Jun-98 |
| DX-0105 | TRAIL IPng workshop 98 Crossbow Slides | DEFSPA151950 | DEFSPA151962 | | 801/802; 901 | | | | | 2/12/1998 |
| DX-0106 | Router Plugins: A Modular and Extensible Software Framework for Modern High Performance Integrated Services Routers | DEFSPA151963 | DEFSPA151989 | | 801/802; 901 | | | | | |
| DX-0107 | USENIX 2nd Symposium on OS Design and Implementation (OSDI '96) | DEFSPA151990 | DEFSPA151994 | | 602; 801/802; 901 | | | | | Oct-96 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0108 | Pre-Announcement and Call for Papers Second Symposium on Operating Systems Design and Implementation (OSDI '96) | DEFSPA151995 | DEFSPA151997 | | 602; 801/802; 901 | | | | | 6/6/1997 |
| DX-0109 | aiu_var.h | DEFSPA154856 | DEFSPA154859 | | 403; 602; 801/802; 901 | | | | | 10/6/1998 |
| DX-0110 | cbpgi.c | DEFSPA156882 | DEFSPA156887 | | 403; 602; 801/802; 901 | | | | | 9/29/1998 |
| DX-0111 | libcrossbow.c | DEFSPA165111 | DEFSPA165120 | | 403; 602; 801/802; 901 | | | | | 9/29/1998 |
| DX-0112 | aiu_flow.c | DEFSPA182326 | DEFSPA182342 | | 403; 602; 801/802; 901 | | | | | 11/17/1998 |
| DX-0113 | tcp_input.c | DEFSPA182472 | DEFSPA182522 | | 403; 602; 801/802; 901 | | | | | |
| DX-0114 | ip_input.c | DEFSPA182828 | DEFSPA182871 | | 403; 602; 801/802; 901 | | | | | |
| DX-0115 | aiu_flow.h | DEFSPA206304 | DEFSPA206305 | | 403; 602; 801/802; 901 | | | | | 11/17/1998 |
| DX-0116 | University of Arizona, Department of Computer Science Software Distribution | DEFSPA311340 | DEFSPA311341 | | 602; 801/802; 901 | | | | | |
| DX-0117 | The University of Arizona, Department of Computer Science: Scout Presentations | DEFSPA311344 | DEFSPA311344 | | 602; 801/802; 901 | | | | | 1/22/1998 |
| DX-0118 | Scout Fundamentals | DEFSPA311353 | DEFSPA311365 | | 602; 801/802; 901 | | | | | |
| DX-0119 | Scout: A Path-Based Operating System - HTML version | DEFSPA311366 | DEFSPA311367 | | 106; 602; 801/802; 901 | | | | | 1/22/1998 |
| DX-0120 | The Scout OS | DEFSPA311488 | DEFSPA311499 | | 602; 801/802; 901 | | | | | |
| DX-0121 | The University of Arizona, Computer Science Department Current Research Projects: Liquid Software Initiative | DEFSPA311516 | DEFSPA311517 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/20/1997 |
| DX-0122 | The University of Arizona, Department of Computer Science: The Scout Operating System pages served from a Scout-based web server | DEFSPA311570 | DEFSPA311571 | | 602; 801/802; 901 | | | | | 1/22/1998 |
| DX-0123 | IEEE ATM'97 Workshop Crossbow Slides | DEFSPA311573 | DEFSPA311587 | | 401/402; 602; 901 | | | | | 5/27/1997 |
| DX-0124 | IEEE ATM'97 Workshop Proceedings | DEFSPA311597 | DEFSPA311600 | | 401/402; 602; 801/802; 901 | | | | | May-97 |
| DX-0125 | Crossbow Final Demonstration | DEFSPA311639 | DEFSPA311647 | | 401/402; 602; 801/802; 901 | | | | | |
| DX-0126 | INFOCOM '98 Registration Fees | DEFSPA311658 | DEFSPA311660 | | 401/402; 403; 602; 801/802; 901 | | | | | |
| DX-0127 | Router Plugins: Association Identification Unit (AIU) | DEFSPA311664 | DEFSPA311668 | | 403; 602; 801/802; 901 | | | | | 8/14/1998 |
| DX-0128 | The Router Plugins Toolkit | DEFSPA311669 | DEFSPA311671 | | 602; 801/802; 901 | | | | | 8/14/1998 |
| DX-0129 | Router Plugins: Configuration Manager | DEFSPA311672 | DEFSPA311674 | | 403; 602; 801/802; 901 | | | | | |
| DX-0130 | Router Plugins: Sockets | DEFSPA311675 | DEFSPA311676 | | 403; 602; 801/802; 901 | | | | | 8/14/1998 |
| DX-0131 | Router Plugins: Plugin Control Unit (PCU) | DEFSPA311677 | DEFSPA311678 | | 403; 602; 801/802; 901 | | | | | 10/12/1998 |
| DX-0132 | Router Plugins: libCrossbow | DEFSPA311679 | DEFSPA311683 | | 403; 602; 801/802; 901 | | | | | 8/14/1998 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0133 | Router Plugins: Individual Plugins | DEFSPA311684 | DEFSPA311685 | | 403; 602; 801/802; 901 | | | | | 8/14/1998 |
| DX-0134 | Router Plugins: Component documentation | DEFSPA311708 | DEFSPA311708 | | 602; 801/802; 901 | | | | | 8/14/1998 |
| DX-0135 | IEEE ATM '97 Workshop Call for Papers | DEFSPA311709 | DEFSPA311710 | | 401/402; 602; 801/802; 901 | | | | | 4/28/1998 |
| DX-0136 | Crossbow CVS Repository Change Log | DEFSPA311720 | DEFSPA311859 | | 401/402; 403; 602; 801/802; 901 | | | | | |
| DX-0137 | Crossbow CVS Repository Change Log | DEFSPA311949 | DEFSPA311984 | | 401/402; 403; 602; 801/802; 901 | | | | | |
| DX-0138 | Router Plugins A Software Architecture for Next Generation Routers | DEFSPA312002 | DEFSPA312013 | | 602; 801/802; 901 | | | | | |
| DX-0139 | CUSeeMe Configuration v1.0 (6/26/97) | DEFSPA312912 | DEFSPA312912 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0140 | VDOPhone Configuration v1.0 (07/21/97) | DEFSPA312913 | DEFSPA312913 | | 401/402; 403; 602; 801/802; 901 | | | | | 7/21/1997 |
| DX-0141 | Backweb Configuration v1.2 (08/18/97) | DEFSPA312914 | DEFSPA312914 | | 401/402; 403; 602; 801/802; 901 | | | | | 8/18/1997 |
| DX-0142 | smtp Configuration v1.0 (07/11/97) | DEFSPA312915 | DEFSPA312915 | | 401/402; 403; 602; 801/802; 901 | | | | | 7/11/1997 |
| DX-0143 | RealAudio Configuration v1.0 (06/26/97) | DEFSPA312916 | DEFSPA312916 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0144 | Channels Configuration v1.0 (08/13/97) | DEFSPA312917 | DEFSPA312917 | | 401/402; 403; 602; 801/802; 901 | | | | | 8/13/1997 |
| DX-0145 | Streamworks Configuration v1.0 (07/07/97) | DEFSPA312918 | DEFSPA312918 | | 401/402; 403; 602; 801/802; 901 | | | | | 7/7/1997 |
| DX-0146 | Oracle SQL *NET v2 Configuration v1.0 (06/26/97) | DEFSPA312919 | DEFSPA312919 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0147 | Microsoft SQL Configuration v1.0 (06/26/97) | DEFSPA312920 | DEFSPA312920 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0148 | Java Configuration v1.0 (06/26/97) | DEFSPA312921 | DEFSPA312921 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0149 | cc:Mail Configuration v1.0 (06/26/97) | DEFSPA312922 | DEFSPA312922 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0150 | Lotus Notes Configuration v1.1 (6/26/97) | DEFSPA312923 | DEFSPA312923 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0151 | Oracle ORASRV Configuration v1.0 (06/26/97) | DEFSPA312924 | DEFSPA312924 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1997 |
| DX-0152 | PacketShaper version 2.10 User's Guide | DEFSPA312925 | DEFSPA312925 | | | | | | | Aug-97 |
| DX-0153 | PacketShaper version 3.10 Reference Guide | DEFSPA313208 | DEFSPA313433 | | | | | | | Jun-98 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0154 | Customer Applications: Shaping Traffic Behavior | DEFSPA313527 | DEFSPA313536 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0155 | Customer Applications: Controlling TCP/IP Bandwidth | DEFSPA313546 | DEFSPA313554 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0156 | PacketShaper: Opening a World of Intelligent Bandwidth Management Services | DEFSPA313582 | DEFSPA313607 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0157 | PacketShaper Data Sheet | DEFSPA313626 | DEFSPA313628 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0158 | Packeteer - The Company | DEFSPA313629 | DEFSPA313631 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0159 | PacketShaper FAQ | DEFSPA313632 | DEFSPA313655 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0160 | PacketShaper FAQ | DEFSPA313656 | DEFSPA313658 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0161 | Packeteer Products PacketShaper 2000 | DEFSPA313659 | DEFSPA313663 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0162 | Version 3.00 Release Notes | DEFSPA313668 | DEFSPA313690 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0163 | Packeteer Products PacketShaper 4000 | DEFSPA313691 | DEFSPA313695 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0164 | TCP Rate Control | DEFSPA313696 | DEFSPA313698 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0165 | Packeteer Products | DEFSPA313699 | DEFSPA313701 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0166 | Welcome to Packeteer, Inc. | DEFSPA313705 | DEFSPA313705 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0167 | PacketShaper 4000 Data Sheet | DEFSPA313706 | DEFSPA313711 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0168 | Packeteer - Press Releases | DEFSPA313712 | DEFSPA313713 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0169 | Networks Clogged with 'Push' Content Get Relief from Packeteer's 'Push-Back' Technology | DEFSPA313712 | DEFSPA313713 | | 602; 801/802; 901 | | | | | 7/14/1997 |
| DX-0170 | Traffic Discovery Press Release | DEFSPA313714 | DEFSPA313716 | | 602; 801/802; 901 | | | | | 12/8/1997 |
| DX-0171 | Packeteer - The Company | DEFSPA313717 | DEFSPA313723 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0172 | Version 3.00 Release Notes | DEFSPA313724 | DEFSPA313738 | | 403; 602; 801/802; 901 | | | | | 12/11/1997 |
| DX-0173 | TCP Rate Control | DEFSPA313739 | DEFSPA313741 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0174 | Packeteer - Press Releases | DEFSPA313742 | DEFSPA313744 | | 401/402; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0175 | PacketShaper 4000 Press Release | DEFSPA313745 | DEFSPA313747 | | 602; 801/802; 901 | | | | | 9/29/1997 |
| DX-0176 | Packeteer's Second-generation IP Bandwidth Manager Ties Quality of Service to User's Connection Speed | DEFSPA313748 | DEFSPA313749 | | 602; 801/802; 901 | | | | | 6/16/1997 |
| DX-0177 | PacketShaper 1000 Press Release | DEFSPA313750 | DEFSPA313752 | | 602; 801/802; 901 | | | | | 10/27/1997 |
| DX-0178 | Packeteer Takes Aim at Internet 'Crowd Control' by Letting Companies Prioritize Net, Website Access | DEFSPA313753 | DEFSPA313754 | | 602; 801/802; 901 | | | | | 12/9/1996 |

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0179 | Packeteer's Open Quality-of-Service Benchmark lets Network Managers, ISPs Quantify End-User Experience | DEFSPA313765 | DEFSPA313766 | | 602; 801/802; 901 | | | | | 5/6/1997 |
| DX-0180 | Packeteer Push-back Screenshots - July, 1997 | DEFSPA313767 | DEFSPA313768 | | 403; 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0181 | Packeteer - The Company | DEFSPA313775 | DEFSPA313776 | | 602; 801/802; 901 | | | | | 4/6/1997 |
| DX-0182 | Customer Applications | DEFSPA313777 | DEFSPA313778 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0183 | Web Hosting Press Release | DEFSPA313779 | DEFSPA313780 | | 401/402; 602; 801/802; 901 | | | | | 8/19/1997 |
| DX-0184 | Packeteer - The Technology | DEFSPA313781 | DEFSPA313782 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0185 | Networks Clogged with 'Push' Content Get Relief from Packeteer's 'Push-Back' Technology | DEFSPA313783 | DEFSPA313784 | | 602; 801/802; 901 | | | | | 7/14/1997 |
| DX-0186 | The Tolly Group Press Release | DEFSPA313785 | DEFSPA313786 | | 602; 801/802; 901 | | | | | 11/3/1997 |
| DX-0187 | PacketShaper 4000 Image | DEFSPA313787 | DEFSPA313787 | | 401/402; 602; 901; 1001-1003 | | | | | |
| DX-0188 | Solunet Press Release | DEFSPA313788 | DEFSPA313789 | | 602; 801/802; 901 | | | | | 12/8/1997 |
| DX-0189 | PacketShaper Solution Paper entitled "WebMaster" | DEFSPA313794 | DEFSPA313797 | | 602; 801/802; 901 | | | | | |
| DX-0190 | Packeteer Raises $4.7 Million in Venture Funding; Startup will do Internet 'Crowd Control' | DEFSPA313804 | DEFSPA313804 | | 602; 801/802; 901 | | | | | 10/7/1996 |
| DX-0191 | Packeteer Gains International Distribution for Internet 'Crowd Control' Device | DEFSPA313812 | DEFSPA313812 | | 602; 801/802; 901 | | | | | 6/23/1997 |
| DX-0192 | Packeteer Names Directors of Operations, Customer Service | DEFSPA313813 | DEFSPA313813 | | 602; 801/802; 901 | | | | | 1/28/1997 |
| DX-0193 | Schein Joins Packeteer as Product Marketing Director | DEFSPA313814 | DEFSPA313814 | | 602; 801/802; 901 | | | | | 4/8/1997 |
| DX-0194 | ISP Web hosting PacketShaper Solution | DEFSPA313826 | DEFSPA313829 | | 602; 801/802; 901 | | | | | |
| DX-0195 | PacketShaper White Paper entitled "Controlling TCP/IP Bandwidth" | DEFSPA313830 | DEFSPA313841 | | 602; 801/802; 901 | | | | | |
| DX-0196 | Welcome to Packeteer, Inc. | DEFSPA313842 | DEFSPA313842 | | 106; 403; 602; 801/802; 901 | | | | | 4/6/1997 |
| DX-0197 | The Packeteer Technical Forum | DEFSPA313843 | DEFSPA313843 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0198 | Policy Modules | DEFSPA313846 | DEFSPA313847 | | 602; 801/802; 901 | | | | | 6/27/1998 |
| DX-0199 | 11/10/97 InfoWorld "Vendors announce products for bandwidth management" | DEFSPA313848 | DEFSPA313849 | | 602; 801/802; 901 | | | | | 11/10/1997 |
| DX-0200 | PacketShaper White Paper entitled "Shaping Traffic Behavior" | DEFSPA313852 | DEFSPA313867 | | 602; 801/802; 901 | | | | | |
| DX-0201 | 12/15/1997 InfoWorld "Packeteer" | DEFSPA313872 | DEFSPA313873 | | 602; 801/802; 901 | | | | | 12/15/1997 |
| DX-0202 | PolicyConsole | DEFSPA313875 | DEFSPA313875 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0203 | PacketShaper Web Interface Screenshots | DEFSPA313879 | DEFSPA313879 | | 106; 401/402; 403; 602; 801/802; 901; 1001-1003 | | | | | 7/16/1997 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0204 | PushBack Module v1.0 | DEFSPA313884 | DEFSPA313885 | | 403; 602; 801/802; 901 | | | | | 8/18/1997 |
| DX-0205 | April 6, 1998 NetworkWorld "Packeteer is best at helping you get priorities straight" | DEFSPA313886 | DEFSPA313891 | | 106; 401/402; 602; 801/802; 901 | | | | | 4/6/1998 |
| DX-0206 | PacketShaper 4000 Data Sheet Download | DEFSPA313892 | DEFSPA313892 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0207 | PacketShaper 1000 Data Sheet Download | DEFSPA313893 | DEFSPA313893 | | 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0208 | PacketShaper 2000 Data Sheet Download | DEFSPA313894 | DEFSPA313894 | | 401/402; 403; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0209 | The University of Arizona, Computer Science Department Current Research Projects: Scout Operating System | DEFSPA313895 | DEFSPA313896 | | 602; 801/802; 901 | | | | | 6/14/1997 |
| DX-0210 | "Controlling TCP/IP Bandwidth" Download | DEFSPA313897 | DEFSPA313897 | | 106; 403; 602; 801/802; 901 | | | | | 6/27/1998 |
| DX-0211 | "Controlling TCP/IP Bandwidth" Download | DEFSPA313898 | DEFSPA313898 | | 106; 403; 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0212 | "Shaping Traffic Behavior" Download | DEFSPA313899 | DEFSPA313899 | | 106; 403; 602; 801/802; 901 | | | | | 6/27/1998 |
| DX-0213 | "Shaping Traffic Behavior" Download | DEFSPA313900 | DEFSPA313900 | | 106; 403; 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0214 | Horus: A Flexible Group Communication System | DEFSPA313901 | DEFSPA313908 | | 401/402; 403; 602; 801/802; 901 | | | | | Apr-96 |
| DX-0215 | ANTS: A Toolkit for Building and Dynamically Deploying Network Protocols | DEFSPA313909 | DEFSPA313920 | | 401/402; 403; 602; 801/802; 901 | | | | | Apr-98 |
| DX-0216 | The University of Arizona, Computer Science Department Current Research Projects: NetTV | DEFSPA313934 | DEFSPA313936 | | 602; 801/802; 901 | | | | | 6/14/1997 |
| DX-0217 | The University of Arizona, Computer Science Department Current Research Projects: Scout Operating System | DEFSPA313937 | DEFSPA313938 | | 602; 801/802; 901 | | | | | 4/12/1997 |
| DX-0218 | The University of Arizona, Computer Science Department Current Research Projects: Scout Overview | DEFSPA313941 | DEFSPA313943 | | 602; 801/802; 901 | | | | | 6/14/1997 |
| DX-0219 | The University of Arizona, Computer Science Department Current Research Projects: Scout: A Communication-Oriented OS | DEFSPA313944 | DEFSPA313945 | | 602; 801/802; 901 | | | | | 1/29/1997 |
| DX-0220 | The University of Arizona, Computer Science Department Current Research Projects: Joust | DEFSPA313948 | DEFSPA313949 | | 602; 801/802; 901 | | | | | 6/14/1997 |
| DX-0221 | Voice Over IP Solutions | DEFSPA313953 | DEFSPA313953 | | 106; 403; 602; 801/802; 901 | | | | | 6/27/1998 |
| DX-0222 | Extensibility, Safety and Performance in the SPIN Operating System Download | Pardyak Dep. Ex. 13 | | | 106; 403; 602; 801/802; 901 | | | | | 10/23/1997 |
| DX-0223 | Dynamic Binding for an Extensible System Download | Pardyak Dep. Ex. 17 | | | 106; 403; 602; 801/802; 901 | | | | | 4/20/2998 |
| DX-0224 | Extensibility, Safety and Performance in the SPIN Operating System Slides | DEFSPA314270 | DEFSPA314297 | | 602; 801/802; 901 | | | | | Dec-95 |
| DX-0225 | Extensibility, Safety and Performance in the SPIN Operating System Slides Download | Pardyak Dep. Ex. 15 | | | 106; 403; 602; 801/802; 901 | | | | | 10/23/1997 |
| DX-0226 | SPIN Overview | DEFSPA314300 | DEFSPA314301 | | 602; 801/802; 901 | | | | | 4/20/1998 |

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0227 | SPIN Papers | DEFSPA314302 | DEFSPA314305 | | 403; 602; 801/802; 901 | | | | | 10/23/1997 |
| DX-0228 | SPIN Project Members | DEFSPA314306 | DEFSPA314307 | | 401/402; 602; 801/802; 901 | | | | | 4/20/1998 |
| DX-0229 | SPIN Related Work | DEFSPA314308 | DEFSPA314308 | | 602; 801/802; 901 | | | | | 10/23/1997 |
| DX-0230 | SPIN Related Work | DEFSPA314309 | DEFSPA314309 | | 602; 801/802; 901 | | | | | 4/20/1998 |
| DX-0231 | SPIN Papers | DEFSPA314312 | DEFSPA314315 | | 106; 401/402; 403; 602; 801/802; 901 | | | | | 10/23/1997 |
| DX-0232 | 2nd Symposium on Operating Systems Design and Implementation (OSDI '96) | DEFSPA314439 | DEFSPA314454 | | | | | | | Oct-96 |
| DX-0233 | Packeteer COMNET '98 | DEFSPA314459 | DEFSPA314459 | | 401/402; 602; 901 | | | | | 1/27/1998 |
| DX-0234 | Welcome to Packeteer's PacketShaper! | DEFSPA314460 | DEFSPA314460 | | 602; 901 | | | | | |
| DX-0235 | PacketShaper Policy Detail | DEFSPA314462 | DEFSPA314462 | | 602; 901 | | | | | |
| DX-0236 | PacketShaper Traffic Class Detail | DEFSPA314463 | DEFSPA314463 | | 602; 901 | | | | | |
| DX-0237 | PacketShaper 2000 Data Sheet | DEFSPA314464 | DEFSPA314464 | | 602; 801/802; 901 | | | | | |
| DX-0238 | Shaping Traffic Behavior | DEFSPA314466 | DEFSPA314473 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0239 | Solutions ISP Web Hosting | DEFSPA314480 | DEFSPA314485 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0240 | Solutions WebMaster | DEFSPA314486 | DEFSPA314491 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0241 | PacketShaper 4000 Data Sheet | DEFSPA314493 | DEFSPA314494 | | 602; 801/802; 901 | | | | | |
| DX-0242 | PacketShaper 4000 Data Sheet | DEFSPA314495 | DEFSPA314498 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0243 | PacketShaper Test Traffic Class | DEFSPA314499 | DEFSPA314499 | | 106; 602; 901 | | | | | |
| DX-0244 | PacketShaper 1000 Data Sheet | DEFSPA314500 | DEFSPA314503 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0245 | PacketShaper 1000 Data Sheet | DEFSPA314504 | DEFSPA314504 | | 602; 801/802; 901 | | | | | 1997 |
| DX-0246 | PacketShaper Products | DEFSPA314509 | DEFSPA314510 | | 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0247 | Packeteer The Company | DEFSPA314515 | DEFSPA314521 | | 401/402; 602; 801/802; 901 | | | | | 6/26/1998 |
| DX-0248 | Welcome to Packeteer, Inc. | DEFSPA314523 | DEFSPA314524 | | 401/402; 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0249 | Controlling TCP/IP Bandwidth | DEFSPA314527 | DEFSPA314533 | | 602; 801/802; 901 | | | | | 7/16/1997 |
| DX-0250 | SOSP Advance Program | Fiuczynski Dep. Ex. 5 | | | NP; 602; 801/802; 901 | | | | | Dec-95 |
| DX-0251 | Extensibility, Safety and Performance in the SPIN Operating System Slides | Fiuczynski Dep. Ex. 8 | | | NP;401/402; 403; 602; 801/802; 901 | | | | | Dec-95 |
| DX-0252 | 1/20/1999 Emails between L. Peterson and E. Balassanian forwarded to M. Pirio Re: Scout and more… | IMPL 026237 | IMPL 026237 | | 403 | | | | | 1/20/1999 |
| DX-0253 | Declaration of TZE Sing ("T.S.") Eugene NG | IMPL 115542 | IMPL 115556 | | 401/402; 403; 801/802 | | | | | |
| DX-0254 | Declaration of TZE Sing ("T.S.") Eugene NG | IMPL 116482 | IMPL 116487 | | 401/402; 403; 801/802 | | | | | |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0255 | September 1996 Facsimile from B. Roth | IMPL 118861 | IMPL 118861 | | 401/402; 403 | | | | | Sep-96 |
| DX-0256 | 11/1/1996 Letter from G. Novack to L. Peterson | IMPL 119461 | IMPL 119463 | | 401/402; 403; 801/802 | | | | | 11/1/1996 |
| DX-0257 | Declaration of Larry L. Peterson | IMPL 12351 | IMPL 12354 | | 403; 801/802 | | | | | 8/14/2012 |
| DX-0258 | 2/21/2001 Letter from Intel to E. Balassanian: Re: Terminating Agreement | IMPL 143386 | IMPL 143386 | | 401/402; 801/802 | | | | | 2/21/2001 |
| DX-0259 | BeComm Corporation Minutes of Company Meeting of October 15, 2001 | IMPL 144437 | IMPL 144437 | | | | | | | 10/15/2001 |
| DX-0260 | BeComm Corporation Confidentiality, Nonraiding and Noncompetition Agreement | IMPL 154125 | IMPL 154131 | | | | | | | 4/1/1996 |
| DX-0261 | Lab Notebook | IMPL_GRP.B_00000598 | IMPL_GRP.B_00000848 | | | | | | | |
| DX-0262 | 1/5/1999 BeComm Patent Strategy | IMPL_GRP.B_00001621 | IMPL_GRP.B_00001623 | | 403 | | | | | 1/5/1999 |
| DX-0263 | A Scalable High Performance Active Network Node | IMPL_GRP.B_00012823 | IMPL_GRP.B_00012834 | | | | | | | Feb-99 |
| DX-0264 | 1/15/1999 Email from E. Balassanian to M. Pirio Re: paper (http://www.cs.arizona.edu/scout/Papers/osdi96/) | IMPL155713 | IMPL155713 | | 403; 801/802 | | | | | 1/15/1999 |
| DX-0265 | 6/12/1999 Email from E. Balassanian to M. Pirio Re: Patent Status | IMPL155858 | IMPL155859 | | 401/402 | | | | | 6/12/1999 |
| DX-0266 | 7/2/1999 Email from D. Wolf to M. Pirio Re: Updated Media Mapping Document | IMPL155929 | IMPL155948 | | 401/402 | | | | | 7/2/1999 |
| DX-0267 | 7/7/1999 Email from E. Balassanian to M. Pirio Re: demux patent | IMPL156654 | IMPL156654 | | 401/402; 403 | | | | | 7/7/1999 |
| DX-0268 | August 1999 Emails between E. Balassanian and M. Pirio Re: 29451.8000 Status | IMPL156661 | IMPL156662 | | 401/402; 403 | | | | | Aug-99 |
| DX-0269 | 8/24/1999 Email from S. Bradley to M. Pirio Re: Demux Code | IMPL156663 | IMPL156698 | | 401/402; 801/802 | | | | | 8/24/1999 |
| DX-0270 | 9/9/1999 Email from M. Pirio Re: Demux | IMPL156706 | IMPL156714 | | 401/402; 403; 801/802 | | | | | 9/9/1999 |
| DX-0271 | 11/29/1999 Email from M. Pirio Re: 29451.8007 Demux Draft | IMPL156716 | IMPL156739 | | 403; 801/802 | | | | | 11/29/1999 |
| DX-0272 | October 1998 Emails between M. Pirio and E. Balassanian Re: BeComm Corp | IMPL156793 | IMPL156794 | | 401/402; 403 | | | | | Oct-98 |
| DX-0273 | January 1999 Emails between M. Pirio and E. Balassanian Re: action items | IMPL156797 | IMPL156797 | | 401/402; 403 | | | | | 1/13/1999 |
| DX-0274 | 2/11/1007 Letter to G. Novack from E. Balassanian | IMPLICIT 42707 | IMPLICIT 42707 | | 401/402; 403; 602 | | | | | 2/11/1997 |
| DX-0275 | May 2007 Emails between E. Balassanian and T. Draper Re: checking in | IMPLICIT_00006126 | IMPLICIT_00006126 | | 401/402; 403 | | | | | 5/25/2007 |
| DX-0276 | 7/30/2005 Invoice from N. Tannen | IMPLICIT_00010944 | IMPLICIT_00010944 | | 401/402 | | | | | 7/30/2005 |
| DX-0277 | 7/31/2005 Invoice from N. Tannen | IMPLICIT_00011003 | IMPLICIT_00011003 | | 401/402 | | | | | 7/31/2005 |
| DX-0278 | January 2004 Emails between E. Balassanian, M. Roman, and M. Fiuczynski Re: strings | IMPLICIT_00028574 | IMPLICIT_00028574 | | | | | | | Jan-04 |
| DX-0279 | 10/1/2001 Emails between E. Balassanian and M. Fiuczynski Re: are you in or out? | IMPLICIT_00031398 | IMPLICIT_00031398 | | 401/402 | | | | | 10/1/2001 |
| DX-0280 | 11/17/2001 - 11/19/2001 Emails between E. Balassanian and R. Piattelli Re: invoice | IMPLICIT_00060489 | IMPLICIT_00060489 | | 401/402 | | | | | 11/19/2001 |
| DX-0281 | Emails between E. Balassanian and N. Tannen Re: invoice | IMPLICIT_00062929 | IMPLICIT_00062929 | | 401/402; 403 | | | | | 12/13/2005 |
| DX-0282 | 7/3/2000 Email from E. Balassanian Re: First call for participation to PODC'2000 | IMPLICIT_00097335 | IMPLICIT_00097335 | | 401/402 | | | | | 7/3/2000 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0283 | 7/13/2000 Email from M. Fiuczynski to Gladiator Re: OSDI 2000 accepted papers posted | IMPLICIT_00097336 | IMPLICIT_00097336 | | 401/402 | | | | | 7/13/2000 |
| DX-0284 | 7/25/2000 Email from E. Balassanian to M. Fiuczynski Re: OSDI 2000 accepted papers posted | IMPLICIT_00097337 | IMPLICIT_00097337 | | 401/402 | | | | | 7/25/2000 |
| DX-0285 | 1/14/1999 Email from E. Balassanian to M. Pirio Re: Scout | | | | NP; 401/402 | | | | | 1/14/1999 |
| DX-0286 | Alexa Why Crawl | JEFFAY00006 | JEFFAY00006 | | 106; 602; 801/802; 901 | | | | | 11/3/1999 |
| DX-0287 | Crawling towards Eternity (Web Techniques, May 1997) | JEFFAY00007 | JEFFAY00014 | | 401/402; 602; 801/802; 901 | | | | | 1/17/1999 |
| DX-0288 | History of Search Engines | JEFFAY00015 | JEFFAY00026 | | 401/402; 602; 801/802; 901 | | | | | 2011 |
| DX-0289 | About the Internet Archive | JEFFAY00027 | JEFFAY00028 | | 401/402; 602; 801/802; 901 | | | | | |
| DX-0290 | Internet Archive: About the Archive | JEFFAY00029 | JEFFAY00030 | | 401/402; 403; 602; 801/802; 901 | | | | | 4/8/2000 |
| DX-0291 | Internet Archive: How We Acquire Collections | JEFFAY00031 | JEFFAY00032 | | 401/402; 602; 801/802; 901 | | | | | 6/21/2000 |
| DX-0292 | June 1, 1998 NetworkWorld, Talkin' Web management | JEFFAY00033 | JEFFAY00035 | | 106; 401/402; 801/802; 901 | | | | | 6/1/1998 |
| DX-0293 | Search Engine History.com | JEFFAY00036-63 | JEFFAY00063 | | 401/402; 602; 801/802; 901 | | | | | |
| DX-0294 | Packeteer Primer and Review | JEFFAY00064-65 | JEFFAY00065 | | 106; 602; 801/802; 901 | | | | | 5/5/1998 |
| DX-0295 | Packeteer Inc "Bandwidth meets Business" NetWorld+Interop Las Vegas '98 | JEFFAY00066-84 | JEFFAY00084 | | 602; 801/802; 901 | | | | | 1998 |
| DX-0296 | Making Paths Explicit in the Scout Operating System - OSDI '96 Abstract | Mosberger Dep. Ex. 6 | | | NP; 602; 801/802; 901 | | | | | 6/6/1997 |
| DX-0297 | Making Paths Explicit in the Scout Operating System - OSDI '96 Slides | Mosberger Dep. Ex. 7 | | | NP | | | | | Oct-96 |
| DX-0298 | Summary of Meeting between Larry, Todd, and David on June 15th | MOSBERGER0000519 | MOSBERGER0000520 | | 403; 602; 801/802; 901 | | | | | 6/15/1994 |
| DX-0299 | Demultiplexing in Scout | MOSBERGER000412 | MOSBERGER000412 | | 106; 602; 801/802; 901 | | | | | 7/13/1997 |
| DX-0300 | Demultiplexing in Scout | MOSBERGER000898 | MOSBERGER000898 | | 403; 602; 801/802; 901 | | | | | 2/27/1996 |
| DX-0301 | Scout Router Graph | MOSBERGER000947 | MOSBERGER000947 | | 602; 801/802; 901 | | | | | 6/18/1997 |
| DX-0302 | Scout Router Graph | MOSBERGER001058 | MOSBERGER001058 | | 602; 801/802; 901 | | | | | 4/30/1995 |
| DX-0303 | Scout Architecture | MOSBERGER001446 | MOSBERGER001484 | | 403; 801/802; 901 | | | | | 7/14/1997 |
| DX-0304 | Path.h | MOSBERGER001703 | MOSBERGER0017010 | | 401/402; 602; 801/802; 901 | | | | | 8/23/1995 |
| DX-0305 | Scout Router Graph | MOSBERGER002100 | MOSBERGER002100 | | 602; 801/802; 901 | | | | | 8/15/1995 |
| DX-0306 | Emails between E. Balassanian and D. Mosberger in early 1997 | MOSBERGER002177 | MOSBERGER002177 | | 801/802 | | | | | Early 1997 |
| DX-0307 | 7/13/1997 Emails b/w E. Balassanian and D. Mosberger Re: packet classification | MOSBERGER002180 | MOSBERGER002180 | | | | | | | 7/13/1997 |
| DX-0308 | 3/29/2000 Email form E. Balassanian Re: BeComm | MOSBERGER002184 | MOSBERGER002184 | | | | | | | 3/29/2000 |

Defendants' Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0309 | 7/13/1997 Emails b/w E. Balassanian and D. Mosberger Re: packet classification | MOSBERGER002185 | MOSBERGER002185 | | | | | | | 7/13/1997 |
| DX-0310 | 7/12/1997 Emails b/w E. Balassanian and D. Mosberger Re: packet classification | MOSBERGER002186 | MOSBERGER002186 | | | | | | | 7/12/1997 |
| DX-0311 | 8/13/1997 Emails b/w E. Balassanian and D. Mosberger Re: finishing up … | MOSBERGER002187 | MOSBERGER002187 | | 401/402; 901 | | | | | 8/13/1997 |
| DX-0312 | 8/17/1998 Email from E. Balassanian Re: Hello Again | MOSBERGER002190 | MOSBERGER002190 | | 401/402; 901 | | | | | 8/17/1998 |
| DX-0313 | 7/13/1997 Email from E. Balassanian Re: packet classification | MOSBERGER002191 | MOSBERGER002191 | | 901 | | | | | 7/13/1997 |
| DX-0314 | 7/12/97 Email from E. Balassanian Re: job decision | MOSBERGER002193 | MOSBERGER002193 | | | | | | | 7/12/1997 |
| DX-0315 | 5/16/1997 Email from D. Mosberger Re: job decision | MOSBERGER002194 | MOSBERGER002194 | | | | | | | 5/16/1997 |
| DX-0316 | 7/13/1997 Emails b/w E. Balassanian and D. Mosberger Re: packet classification | MOSBERGER002195 | MOSBERGER002197 | | | | | | | 7/13/1997 |
| DX-0317 | 12/16/1996 Email from G. Novack Re: BeComm Retreat | MOSBERGER002198 | MOSBERGER002199 | | 401/402; 801/802; 901 | | | | | 12/16/96 |
| DX-0318 | 1/9/1997 Email from E. Balassanian Re: BeComm Retreat - Final Update | MOSBERGER002200 | MOSBERGER002201 | | | | | | | 1/9/97 |
| DX-0319 | 1/13/1997 Email from E. Balassanian Re: BeComm Update | MOSBERGER002202 | MOSBERGER002212 | | 801/802 | | | | | 1/13/97 |
| DX-0320 | 4/23/1997 Email from E. Balassanian Re: ip | MOSBERGER002348 | MOSBERGER002348 | | | | | | | 4/23/1997 |
| DX-0321 | 1/15/1997 Email from E. Balassanian Re: retreat | MOSBERGER002392 | MOSBERGER002393 | | | | | | | 1/15/97 |
| DX-0322 | Emails between E. Balassanian and D. Mosberger in early 1997 | MOSBERGER002392 | MOSBERGER002405 | | | | | | | Early 1997 |
| DX-0323 | 2/3/1997 Email from D. Mosberger Re: software engineering at Boeing | MOSBERGER002398 | MOSBERGER002399 | | 801/802 | | | | | 2/3/97 |
| DX-0324 | 2/24/1997 Emails between E. Balassanian and D. Mosberger Re: Rio Rico slides | MOSBERGER002400 | MOSBERGER002401 | | 106; 401/402; 801/802 | | | | | 2/24/1997 |
| DX-0325 | 11/6/1996 Email from L. Peterson Re: BeComm and 11/25/1996 Email from E. Balassanian re: BeComm Corporation | MOSBERGER002406 | MOSBERGER002407 | | 801/802 | | | | | Nov-96 |
| DX-0326 | 11/6/1996 Email from L. Peterson Re: BeComm and 11/25/1996 Email from E. Balassanian re: BeComm Corporation | MOSBERGER002406 | MOSBERGER002407 | | 801/802 | | | | | Nov-96 |
| DX-0327 | Extensibility, Safety and Performance in the SPIN Operating System Slides | Pardyak Dep. Ex. 14 | | | NP; 602; 801/802; 901 | | | | | Dec-95 |
| DX-0328 | Dynamic Binding for an Extensible System Slides | Pardyak Dep. Ex. 20 | | | NP; 602; 801/802; 901 | | | | | Oct-96 |
| DX-0329 | SPIN Related Work | Pardyak Dep. Ex. 21 | | | NP; 401/402; 602; 801/802; 901 | | | | | 4/20/1998 |
| DX-0330 | Przemek Pardyak's Home Page | Pardyak Dep. Ex. 3 | | | NP; 401/402; 602; 801/802; 901 | | | | | 5/25/1998 |
| DX-0331 | SPIN Project Members | Pardyak Dep. Ex. 6 | | | NP; 401/402; 602; 801/802; 901 | | | | | 4/20/2998 |
| DX-0332 | SPIN Papers | Pardyak Dep. Ex. 8 | | | NP; 602; 801/802; 901 | | | | | 10/23/1997 |
| DX-0333 | 11/6/1996 Email from L. Peterson Re: BeComm | Peterson Dep. Ex. 17 | | | NP; 801/802 | | | | | 11/6/1996 |

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0334 | 10/11/1999 Email from E. Balassanian to L. Peterson Re: formal offer for Technical Advisor | PETERSON000059 | PETERSON000060 | | | | | | | 10/11/1999 |
| DX-0335 | 6/5/2001 Emails between E. Balassanian and L. Peterson Re: whitepaper | PETERSON000206 | PETERSON000206 | | 401/402; 901 | | | | | 6/5/2001 |
| DX-0336 | 9/20/1999 Email from E. Balassanian to L. Peterson Re: modula ?? | PETERSON000242 | PETERSON000242 | | | | | | | 9/20/1999 |
| DX-0337 | 12/20/1999 Emails between E. Balassanian and L. Peterson Re: update | PETERSON000252 | PETERSON000252 | | | | | | | 12/20/1999 |
| DX-0338 | 9/21/1999 Emails between E. Balassanian and L. Peterson Re: modula ?? | PETERSON000287 | PETERSON000287 | | | | | | | 9/21/1999 |
| DX-0339 | 6/29/1999 Emails between E. Balassanian and L. Peterson Re: follow up | PETERSON000317 | PETERSON000318 | | | | | | | 6/29/1999 |
| DX-0340 | 6/28/1999 Email from E. Balassanian to L. Peterson Re: follow up | PETERSON000378 | PETERSON000379 | | | | | | | 6/28/1999 |
| DX-0341 | PacketShaper version 2.1 Source Code | PKTSHPR_SOURCE_0000 01 | PKTSHPR_SOURCE_00021 4 | | 403; 901; 602; 801/802 | | | | | |
| DX-0342 | September 1996 Facsimiles from B. Roth | Roth Dep. Ex. 4 | | | NP; 801/802 | | | | | Sep-96 |
| DX-0343 | U.S. Patent 8,694,683 | IMPL 059488 | IMPL 059519 | | | | | | | |
| DX-0344 | U.S. Patent No. 9,270,790 | IMPL 062191 | IMPL 062222 | | | | | | | |
| DX-0345 | U.S. Patent No. 9,591,104 | IMPL 062703 | IMPL 062734 | | | | | | | |
| DX-0346 | U.S. Patent No. 6,629,163 | IMPL 068765 | IMPL 068794 | | | | | | | |
| DX-0347 | State of Washington Department of Licensing Order | 8/6/2019 Vol. II Balassanian Dep. Ex. 14 | | | NP; 401/402; 403; 801/802; 901 | | | | | 10/7/1999 |
| DX-0348 | Declaration of Edward Balassanian Responding to Petitioner's Motion for Temporary Orders | 8/6/2019 Vol. II Balassanian Dep. Ex. 15 | | | MIL; NP; 401/402; 403; 801/802 | | | | | 9/19/2002 |
| DX-0349 | Plaintiff's Reply in Support of Motion to Compel Production of Documents and Responses to Interrogatories | 8/6/2019 Vol. II Balassanian Dep. Ex. 24 | | | MIL; NP; 401/402; 403; 801/802 | | | | | 8/30/2007 |
| DX-0350 | Failing Your Way to Success | 8/6/2019 Vol. II Balassanian Dep. Ex. 26 | | | NP; 401/402; 602; 801/802; 901 | | | | | 1/20/2012 |
| DX-0351 | ANN - A Scalable, High Performance Active Network Node | Decasper Dep. Ex. 11 | | | NP | | | | | 11/15/1999 |
| DX-0352 | Design of a High Performance Active Router | Decasper Dep. Ex. 25 | | | NP; 401/402; 602; 801/802; 901 | | | | | 3/18/1999 |
| DX-0353 | U.S. Patent No. 8,694,683 File History | | | | | | | | | |
| DX-0354 | U.S. Patent No. 9,270,790 File History | | | | | | | | | |
| DX-0355 | U.S. Patent No. 9,591,104 File History | | | | | | | | | |
| DX-0356 | U.S. Patent No. 6,629,163 ex parte Reexamination File History | | | | | | | | | |
| DX-0357 | U.S. Patent No. 6,629,163 inter partes Reexamination File History | | | | | | | | | |
| DX-0358 | U.S. Patent No. 7,711,857 inter partes Reexamination File History | | | | | | | | | |
| DX-0359 | Scout Source Code (produced natively) | DEFSPA311572, DEFSPA068864 | | | 403; 602; 801/802; 901 | | | | | |
| DX-0360 | SPIN Source Code (produced natively) | DEFSPA068865 | | | 403; 602; 901 | | | | | |
| DX-0361 | PacketShaper 4000 Appliance | | | | 901 | | | | | |