# EXHIBIT 8

REDACTED VERSION OF DOCUMENT
FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:18-cv-53-JRG |
| | § | LEAD CASE |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NETSCOUT SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:18-cv-54-JRG |
| | § | MEMBER CASE |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| SANDVINE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANTS' REBUTTAL TRIAL EXHIBIT LIST
AND OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**

Pursuant to the Eleventh Amended Docket Control Order (Dkt. No. 139), Defendants Sandvine Corporation ("Sandvine") and NetScout Systems, Inc. ("NetScout") (collectively, "Defendants" provide their rebuttal trial exhibit list for issues on which Plaintiff bears the burden at trial. NetScout's Rebuttal Trial Exhibit List is attached as Exhibit A. Sandvine's Rebuttal Trial Exhibit List is attached as Exhibit B. Defendants also provide their objections to Plaintiff's exhibit list as Exhibit C. Defendants reserve the right to use any exhibits designated by Plaintiff.

The exhibits listed herein are exhibits that Defendants may offer at trial. Defendants may decide to not offer certain of the listed exhibits into evidence, and some exhibits are contingent on what Implicit offers into evidence. The list includes certain exhibits that Defendants may elect to

1

use solely for impeachment and which are marked for identification purposes. Accordingly, inclusion on this list is not a waiver of any objection and not a concession that the exhibit is admissible or would be admissible if offered by Implicit.

Defendants further reserve the right to offer into evidence any trial exhibit listed in Implicit's trial exhibit lists or deposition exhibit included with any designated deposition testimony should the testimony be introduced during the course of the trial. Defendants include the exhibits listed herein in the interest of ensuring timely disclosure. However, some exhibits may not relate to issues on which Implicit bears the burden of proof. Inclusion of any exhibit on this list is not a waiver of any objection with respect to the burden of proof.

Defendants reserve the right to modify, amend, or supplement its objections and rebuttal disclosures prior to or during trial for reasons including, by way of example and not of limitation, rulings by the Court including on any *Daubert* motions, summary judgment motions, motions to strike and/or motions *in limine*, or any other case developments or rulings by the Court that may affect the scope of issues for trial or as information is revealed through the parties' pretrial exchanges.

In addition, counsel for Implicit identified certain documents that were produced by one defendant in the case against a different defendant. While Defendants have endeavored to object, where necessary, to these documents, they reserve the right to further object to such use of documents produced by a defendant not in their respective case. While specific objections are made in Exhibit C, each Defendant further objects to all documents produced by it in its respective case under Fed. R. Evid. 901. Defendants also object to any documents or items identified on Implicit's Exhibit List that were not produced in this case prior to the close of discovery or relied upon by an expert witness.

Dated:  October 18, 2019

Respectfully submitted,

By: /s/ *Mark C. Lang*
Eric Buresh (KS Bar 19895)
Mark C. Lang (KS Bar 26185)
ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
(913) 777-5600 Telephone
(913) 777-5601 Fax
eric.buresh@eriseip.com
mark.lang@eriseip.com

Abran Kean (CO Bar 44660)
ERISE IP, P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
(913) 777-5600 Telephone
(913) 777-5601 Fax
abran.kean@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670

ATTORNEYS FOR DEFENDANTS NETSCOUT SYSTEMS, INC. AND SANDVINE CORPORATION

Plaintiff Implicit, LLC provides the following codes to its objections to Defendant Netscout's Rebuttal Exhibit List:

| Abbreviation | Objection |
|---|---|
| 401/402 | Irrelevant |
| 403 | Unfair prejudice, confusing, waste of time |
| 602 | Lack of personal knowledge/foundation |
| 801/802 | Hearsay |
| 901 | Authentication |
| MD | Multiple Documents |
| U | Untimely – Produced after close of discovery |
| MIL | Subject to pending MIL |
| Stip | Subject to Stipulation |
| LD | Late Disclosure |
| NR | No Rebuttal Identified |

Netscout Rebuttal Exhibit List

| Exhibit No. | Title/Description | BegDoc | EndDoc | Pre-Admitted | Objections | Rulings/Other | Admitted | Date Admitted | Witness | DocDate |
|---|---|---|---|---|---|---|---|---|---|---|
| DX-0362 | | IMPL 014240 | IMPL 014261 | | | | | | | |
| DX-0363 | | IMPL 065940 | IMPL 065942 | | | | | | | |
| DX-0364 | | RSLLP0000277 | RSLLP0000635 | | MD, 401/402, 403, 801, 802, 901, LD, NR | | | | | |
| DX-0365 | | IMPL 035357 | IMPL35361 | | LD; NR | | | | | |
| DX-0366 | | RSLLP_00000123 | RSLLP_00000130 | | | | | | | |
| DX-0367 | | RSLLP_00000093 | RSLLP_00000102 | | | | | | | |
| DX-0368 | Email between Balassanian and Hutchins regarding Implicit litigation with F5 Network | IMPL 035290 | | | | | | | | |
| DX-0369 | | IMPL 065643 | | | | | | | | |
| DX-0370 | | IMPL 037659 | | | | | | | | |
| DX-0371 | | IMPL 037647 | | | | | | | | |
| DX-0372 | | IMPL 0146690 | IMPL 0146695 | | LD; NR | | | | | |
| DX-0373 | | IMPL 000026 | IMPL 000061 | | | | | | | |
| DX-0374 | | IMPL 038237 | IMPL 038256 | | | | | | | |
| DX-0375 | | IMPL 038257 | IMPL 038272 | | | | | | | |
| DX-0376 | | IMPL 038192 | IMPL 038224 | | | | | | | |
| DX-0377 | | IMPL 038279 | IMPL 038283 | | | | | | | |
| DX-0378 | | IMPL 038298 | IMPL 038302 | | | | | | | |
| DX-0379 | | IMPL 038226 | IMPL 038230 | | | | | | | |
| DX-0380 | | IMPL 038284 | IMPL 038290 | | | | | | | |
| DX-0381 | DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR RECOVERY OF DEBT AND DEFENDANTS' COUTERCLAIMS - Suntrust Banks Inc. v. Be Yachts, LLC; Filed July 13, 2018 | STUCKWISCH00001 | STUCKWISCH00018 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | | |
| DX-0382 | Complaint for Recovery of Debt - Suntrust Banks, Inc. v Be Yachts, LLC; Filed June 11, 2018 | STUCKWISCH00019 | STUCKWISCH00027 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | | |
| DX-0383 | Suntrust Marine Installment Note, Disclosure Statement and Security Agreement | STUCKWISCH00028 | STUCKWISCH00032 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DX-0384 | Suntrust First Preferred Ship Mortgage dated January 29, 2013 | STUCKWISCH00033 | STUCKWISCH00038 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0385 | Suntrust Borrowing and Guaranty Resolution dated January 29, 2013 | STUCKWISCH00039 | STUCKWISCH00040 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0386 | Letter to: Be Yachts LLC Notice of Our Plan to Sell Property dated February 18, 2015 | STUCKWISCH00041 | STUCKWISCH00044 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0387 | Suntrust Letter to: Edward Balassanian Notice of Our Plan to Sell Property dated February 17, 2016 | STUCKWISCH00045 | STUCKWISCH00048 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0388 | Suntrust Bank Boat Condition Report dated February 3, 2015 from BucValuPro | STUCKWISCH00049 | STUCKWISCH00051 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0389 | Suntrust Letter to: Edward Balassanian Explanation of Calculation of Deficiency or Surplus dated March 24, 2017 | STUCKWISCH00052 | STUCKWISCH00055 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0390 | Complaint for Money Due - Pivotal Software Inc. v. Be Labs LLC; Filed July 14, 2009 | STUCKWISCH00056 | STUCKWISCH00068 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0391 | Agreement Judgement and Judgement Summary - Pivotal Software Inc. v. Be Labs LLC; Filed October 15, 2014 | STUCKWISCH00069 | STUCKWISCH00072 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0392 | Complaint for Breach of Contract and Monies Due - MWW Group v Be Labs, LLC April 15, 2013 | STUCKWISCH00073 | STUCKWISCH00078 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0393 | Order of Dismissal MWW Group v. Be Labs LLC; Filed March 24, 2016 | STUCKWISCH00079 | STUCKWISCH00079 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0394 | Be Yachts, LLC Certificate of Formation Filed January 18, 2013 | STUCKWISCH00080 | STUCKWISCH00081 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0395 | Answer and Affirmative Defenses - MWW Group v. Be Labs, LLC filed May 21, 2015 | STUCKWISCH00082 | STUCKWISCH00087 | | LD; NR; U; 401/402; 403; 602; 801/802; 901 | | | | |
| DX-0396 | Email from L. Peterson to E. Balassanian Re: whitepaper and attachment | PETERSON000122 | PETERSON000128 | | | | | | 6/1/2001 |
| DX-0397 | Emails between L. Peterson and E. Balassanian Re: whitepaper | PETERSON000206 | PETERSON000207 | | | | | | 6/5/2001 |
| DX-0398 | Email from L. Peterson to E. Balassanian Re: latest draft | PETERSON000433 | | | | | | | 3/1/2001 |
| DX-0399 | Email b/w D. Mosberger and Erise | Mosberger Dep. Ex. 53 | | | | | | | 3/4/2019 |
| DX-0400 | Oliver Spatschek - Resume | DEFSPA313999 | DEFSPA314001 | | LD; NR; 602; 901 | | | | 10/14/1999 |
| DX-0401 | Response to Office Action Mailed September 19, 2009 | IMPL 045774 | IMPL 045788 | | LD; NR; | | | | |
| DX-0402 | U.S. Patent No. 7,730,211 | IMPL 058154 | IMPL 058186 | | LD; NR; | | | | |
| DX-0403 | Portal Operating System A White Paper | IMPL 059276 | IMPL 059297 | | | | | | |
| DX-0404 | Technology Patents | IMPL 060563 | IMPL 060565 | | | | | | |
| DX-0405 | Portal Operating System A White Paper | IMPL 066606 | IMPL 066627 | | | | | | |
| DX-0406 | Technology Patents | IMPL 067593 | IMPL 067628 | | LD; NR; | | | | |
| DX-0407 | Response to April 3, 2012 Office Action | IMPL 067629 | IMPL 067677 | | LD; NR; | | | | |
| DX-0408 | First Amended Complaint and Demand for Jury Trial | IMPL 068459 | IMPL 068476 | | LD; NR; MIL; STIP; 403 | | | | |
| DX-0409 | Clam Construction Hearing | IMPL 068684 | IMPL 068725 | | LD; NR; MIL; STIP; 403 | | | | |
| DX-0410 | Interview Summary | IMPL 101592 | IMPL 101613 | | LD; NR | | | | |
| DX-0411 | Amendment and Response to Office Action Mailed December 4, 2009 | IMPL 103803 | IMPL 103816 | | LD; NR | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DX-0412 | Amendment and Response to Office Action Mailed July 7, 2009 | IMPL 107525 | IMPL 107558 | | LD; NR | | | | |
| DX-0413 | Amendment and Response to Advisory Action Mailed January 21, 2010 and Summary of February 4, 2010 Interview | IMPL 113474 | IMPL 113491 | | | | | | |
| DX-0414 | Comments to ACP | IMPL 116409 | IMPL 116477 | | LD; NR | | | | |
| DX-0415 | Preliminary Amendment | IMPL 122088 | IMPL 122108 | | LD; NR | | | | 6/6/2013 |
| DX-0416 | Letter dated 2/21/2001 from J. Bodio to E. Balassanian | IMPL 143386 | | | LD; NR | | | | 2/21/2001 |
| DX-0417 | Letter dated 1/5/2001 from J. Bodio to E. Balassanian and Letter dated 4/6/2001 from E. Balassanian to J. Bodio | IMPL 143387 | IMPL 143390 | | | | | | 1/5/2001 |
| DX-0418 | Letter from M. Braner to E. Balassanian | IMPL 143391 | | | LD; NR | | | | 12/10/2001 |
| DX-0419 | Equite/Debt Investment Due Diligence Process/Checklist Items | IMPL 145774 | IMPL 145787 | | LD; NR; 401/402; 403 | | | | |
| DX-0420 | Letter dated February 19, 1999 from D. Redelfs to E. Balassanian | IMPL 150827 | | | LD; NR | | | | 2/19/1999 |
| DX-0421 | Email from S. Miller to M. Pirio Re: documents and attachments | IMPL 155585 | IMPL155705 | | LD; NR | | | | 1/6/1999 |
| DX-0422 | Email from M. Pirio to E. Balassanian Re: 29451.8000 Status | IMPL 155872 | | | LD; NR | | | | 7/1/1999 |
| DX-0423 | Email from M. Pirio to E. Balassanian Re: Demux Code | IMPL 156701 | | | LD; NR | | | | 8/30/1999 |
| DX-0424 | Email from S. Bradley to M. Pirio Re: Demux Patent | IMPL 156704 | | | | | | | 9/6/1999 |
| DX-0425 | Email between S. Bradley and M. Pirio Re: Demux Patent | IMPL 156715 | | | LD; NR | | | | 9/9/1999 |
| DX-0426 | Email from S. Bradley to E. Balassanian re: Portal_ProtocolRegister and Portal_EdgeRegister | IMPL 156740 | IMPL 156742 | | LD; NR | | | | 12/16/1999 |
| DX-0427 | Original Complaint for Patent Infringement | IMPL_GRP.B_00011996 | IMPL_GRP.B_00012002 | | LD; NR; MIL; STIP; 401/402; 403 | | | | 6/20/2014 |
| DX-0428 | Emails between E. Balassanian and M. Schneider Re: IRS levy | IMPLICIT_00000972 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 12/27/2005 |
| DX-0429 | Emails between E. Balassanian and RM Crill Re: Taxes | IMPLICIT_00001197 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 2/8/2006 |
| DX-0430 | Emails between E. Balassanian and M. Schneider Re: IRS audit | IMPLICIT_00002537 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 6/19/2003 |
| DX-0431 | Emails between E. Balassanian and RM Crill Re: Mick | IMPLICIT_00002880 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 6/19/2006 |
| DX-0432 | Email from T. Jacobsen to E. Balassanian | IMPLICIT_00003229 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 8/3/2006 |
| DX-0433 | Emails between e. Balassanian and M. Schneider re: call | IMPLICIT_00004191 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 8/16/2004 |
| DX-0434 | Emails between E. Balassanian and M. Tranter re: funds | IMPLICIT_00004231 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 8/23/2004 |
| DX-0435 | Emails between E. Balassanian and T. Harmon Re: checking in | IMPLICIT_00005537 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 5/21/2007 |
| DX-0436 | Email from G. Carpenter re: August Invoice | IMPLICIT_00009445 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DX-0437 | Email from D. Constanzo to E. Balassanian re: intermittent paychecks | IMPLICIT_00010019 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 6/27/2004 |
| DX-0438 | Emails between E. Balassanian and RM Crill Re: Implicit | IMPLICIT_00012877 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 5/17/2006 |
| DX-0439 | Emails between E. Balassanian and RM Crill Re: Implicit | IMPLICIT_00012952 | | | LD; NR; MIL; STIP; 401/402; 403; 801/802 | | | | 5/17/2006 |
| DX-0440 | Email from M. Fiuczynski to Gladiator Re: should v2 move to an advanced language (e.g., Modula-3 or Java) | IMPLICIT_00014388 | | | LD; NR | | | | 5/16/2000 |
| DX-0441 | Email from E. Balassanian to J. Oscodar re: Sales call | IMPLICIT_00015346 | | | LD; NR | | | | 3/22/2002 |
| DX-0442 | Emails between E. Balassanian and M. Fiuczynski Re: are you in or out? | IMPLICIT_00031398 | | | LD; NR; 401/402; 403 | | | | 10/1/2001 |
| DX-0443 | Email from J. Oscodar to E. Balassanian Re: FW: Becomm | IMPLICIT_00033003 | | | LD; NR; 401/402; 403 | | | | 8/11/2001 |
| DX-0444 | Emails between E. Balassanian and D. Marshall Re: your license history | IMPLICIT_00034417 | | | LD; NR; 401/402; 403 | | | | 5/14/2003 |
| DX-0445 | Emails between E. Balassanian and K. Schuitemaker Re: Invoice | IMPLICIT_00035241 | IMPLICIT_00035242 | | LD; NR; 401/402; 403; 801/802 | | | | 6/30/2006 |
| DX-0446 | Emails between E. Balassanian and M. Schneider Re: IRS plus | IMPLICIT_00062671 | | | LD; NR; 401/402; 403; 801/802 | | | | 9/12/2006 |
| DX-0447 | Email from E. Balassanian to Core Development Team | IMPLICIT_00067699 | | | LD; NR; 401/402; 403; 801/802 | | | | 8/5/1999 |
| DX-0448 | Email from E. Balassanian to M. Fiuczynski Re: should v2 move to an advanced language? (e.g., Modula-3 or Java) | IMPLICIT_00068529 | | | NR; LD | | | | 5/16/2000 |
| DX-0449 | Email from A. Blowers to Lifers Re: **Project Utah Status 1-12-2001 | IMPLICIT_00072978 | | | NR; LD | | | | 1/12/2001 |
| DX-0450 | Email from S. Bradley to BeComm Development Team Re: VSS to CVS Switchover | IMPLICIT_00092158 | | | NR; LD | | | | 7/11/2000 |
| DX-0451 | Email from E. Balassanian Re: Scout OS | IMPLICIT_00097303 | | | NR; LD | | | | 2/1/2001 |
| DX-0452 | Email from E. Balassanian Re: Scout OS | IMPLICIT_00097304 | | | NR; LD | | | | 2/7/2001 |
| DX-0453 | NetScout Produced Source Code | NETSCOUT_SOURCE_000001 | NETSCOUT_SOURCE_000725 | | | | | | |
| DX-0454 | NetScout source code cited in Dr. Jeffay's Rebuttal Report | | | | | | | | |
| DX-0455 | NetScout's source code | | | | NR; LD | | | | |
| DX-0456 | 2/8/2016 Email from M. Srinivasagowda to N. Byrapuram Re: Out of sequence packet handling in nsprobe | NETSCOUT050151 | NETSCOUT050154 | | NR; LD | | | | 2/8/2016 |
| DX-0457 | 2/8/2016 Email from S. Prasad to M. Srinivasagowda Re: TCP segments out of sequence and re-ordering | NETSCOUT050155 | NETSCOUT050155 | | NR; LD | | | | 2/8/2016 |
| DX-0458 | Design Specification: Malformed HTTP Counter-Measures | NETSCOUT060043 | NETSCOUT060058 | | NR; LD | | | | 10/27/2007 |
| DX-0459 | TLS Decryption in Packet Engine | NETSCOUT063347 | NETSCOUT063366 | | | | | | |
| DX-0460 | Pktengine Design document | NETSCOUT063495 | NETSCOUT063501 | | | | | | |
| DX-0461 | Packet engine plugin subsystem, as exists in Peakflow TMS Wahoo (3.6) | NETSCOUT064734 | NETSCOUT064734 | | | | | | |
| DX-0462 | TMS System Guide | NETSCOUT064769 | NETSCOUT064825 | | | | | | |
| DX-0463 | Pktengine | NETSCOUT064883 | NETSCOUT064903 | | | | | | |
| DX-0464 | TMS Pktengine Packet Flow Diagram | NETSCOUT095737 | NETSCOUT095737 | | | | | | |
| DX-0465 | G10 and GeoBlade Overview | NETSCOUT097167 | NETSCOUT097216 | | | | | | |
| DX-0466 | IPI/ITA System Compliance Document Version 7.17.3 | NETSCOUT084825 | NETSCOUT084991 | | NR; LD | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DX-0467 | Iris Network Intelligence Solution Operations, Administration and Maintenance Guide | NETSCOUT103152 | NETSCOUT103285 | | NR; LD | | | | |
| DX-0468 | Iris Traffic Analyzer | NETSCOUT106284 | NETSCOUT106356 | | NR; LD | | | | |
| DX-0469 | HTTP Support on Avenger | NETSCOUT121250 | NETSCOUT121254 | | NR; LD | | | | |
| DX-0470 | IIC Headers | NETSCOUT121255 | NETSCOUT121265 | | NR; LD | | | | |
| DX-0471 | Flow State Packet Processing Design | NETSCOUT122400 | NETSCOUT122417 | | NR; LD | | | | |
| DX-0472 | Interface Coding Standards for GeoSoft Compliance | NETSCOUT123763 | NETSCOUT123766 | | NR; LD | | | | |
| DX-0473 | Network Application Visibility Library 4.x API Guide | PROCERA000001 | PROCERA000064 | | NR; LD | | | | 4/4/2018 |
| DX-0474 | Procera_NAVL_Classification_process_Feb_2016_v1_0 | PROCERA000065 | PROCERA000066 | | | | | | Feb-16 |
| DX-0475 | MPLS Support | PROCERA000613 | PROCERA000613 | | NR; LD | | | | 12/14/2018 |
| DX-0476 | Network Application Visibility Library 4.x API Guide | PROCERA000615 | PROCERA000675 | | NR; LD | | | | 12/10/2018 |
| DX-0477 | NAVL 4.x Release Notes | PROCERA000676 | PROCERA000699 | | | | | | 12/10/2018 |
| DX-0478 | Network Application Visibility Library OEM Deep Packet Inspection Engine | PROCERA005164 | PROCERA005192 | | | | | | Mar-19 |
| DX-0479 | Procera Produced Source Code (as to NAVL only) | PROCERA_SOURCE_000001 | PROCERA_SOURCE_000478 | | | | | | |
| DX-0480 | Procera source code cited in Dr. Jeffay's Rebuttal Report (as to NAVL only) | | | | | | | | |
| DX-0481 | Procera's source code (as to NAVL only) | | | | NR; LD | | | | |