# 2IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, § § *Plaintiff,* § § v. § § NETSCOUT SYSTEMS, INC., § § *Defendant.* § | | Civil Action No. 2:18-cv-53-JRG LEAD CASE JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| IMPLICIT, LLC, § § *Plaintiff,* § § v. § § SANDVINE CORPORATION, § § *Defendant.* § | | Civil Action No. 2:18-cv-54-JRG MEMBER CASE JURY TRIAL DEMANDED |

## NETSCOUT SYSTEMS, INC.'S AMENDED TRIAL WITNESS LIST

Defendant NetScout Systems, Inc. ("NetScout") submits the following list of witnesses that NetScout will or may call live or by deposition at trial in this matter. NetScout further reserves all rights to call any witness listed on Implicit, LLC's ("Implicit") witness list without waiving any right to object to Implicit, LLC's presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any such testimony. NetScout reserves all rights to call witnesses by deposition as identified in its deposition designations or in counter-designations. NetScout further reserves all rights to modify, amend, or supplement its witness list prior to or during trial based on case developments, including but not limited to the right to: (a) not call some of the witnesses listed below, (b) call live or by deposition as its witnesses at trial any witness identified on Implicit, LLC's witness lists, (c) call live any witnesses necessary to authenticate or lay the

foundation for the introduction of documents to which Implicit, LLC objects (including but not limited to custodians of records or authors of prior art), (d) introduce deposition testimony as impeachment evidence or in rebuttal, (e) call as live witnesses at trial the corporate representatives designated by Implicit, LLC to be excluded from the Rule, whether or not that person appears on Plaintiff's or Defendant's witness lists, (f) change a witness from a live witness to a witness testifying by deposition, and vice versa, (g) modify, amend, or supplement this witness list if any further depositions are taken in this matter, or (h) modify, amend, or supplement this witness list in response to rulings by the Court (including on any motions).

The below identifications are made based on a trial date of December 9, 2019. If the trial date changes, NetScout reserves the right to modify the below identification.

| # | Witness | Will Call | May Call Live or by Deposition Testimony |
|---|---|---|---|
| 1 | Dr. Kevin Jeffay | X | |
| 2 | Ms. Suzanne Stuckwisch | X | |
| 3 | Mr. Paul Barrett (Corporate Representative) | X | |
| 4 | Mr. Scott Dawson | X | |
| 5 | Mr. John Curtin | X | |
| 6 | Dr. David Mosberger | | X |
| 7 | Dr. Larry Peterson | | X |
| 8 | Dr. Oliver Spatscheck | | X |
| 9 | Dr. John Hartman | | X |
| 10 | Dr. Marc Fiuczynski | | X |
| 11 | Mr. Przemek Pardyak | | X |
| 12 | Mr. Robert Packer | | X |
| 13 | Mr. Daniel Decasper | | X |
| 14 | Mr. Garth Novack | | X |
| 15 | Mr. Robert Roth | | X |
| 16 | Mr. Edward Balassanian | | X |
| 17 | Ms. Catherine Jenkins | | X |

3

Dated: November 14, 2019      By: */s/ Mark C. Lang*
ERISE IP, P.A.
Eric A. Buresh, *pro hac vice*
KS Bar No. 19895
Mark C. Lang *pro hac vice*
KS Bar No. 26185
7015 College Blvd., Suite 700
Overland Park, KS 66211
913-777-5600
eric.buresh@eriseip.com
mark.lang@eriseip.com

Abran J. Kean, *pro hac vice*
CO Bar No. 44660
5600 Greenwood Plaza Blvd, Suite 200
Greenwood Village, CO 80111
913-777-5600
abran.kean@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670

*Attorneys for Defendant*
*Netscout Systems, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on November 14, 2019.

                                         /s/ *Melissa R. Smith*
                                         Melissa R. Smith