# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>NETSCOUT SYSTEMS, INC.,<br><br>　　　　*Defendant*.<br><br>v.<br><br>SANDVINE CORPORATION,<br><br>　　　　*Defendant*. | Civil Action No. 2:18-cv-00053-JRG-RSP<br>LEAD CASE<br><br>JURY TRIAL DEMANDED<br><br><br><br>Civil Action No. 2:18-cv-00054-JRG-RSP<br>CONSOLIDATED |

## STIPULATION REGARDING INVALIDITY

Whereas, given Defendants will not put on an invalidity case, Plaintiff Implicit, LLC ("Implicit") and Defendants NetScout Systems, Inc. ("NetScout") and Sandvine Corporation ("Sandvine") (Sandvine and NetScout together being the "Defendants", and together with Implicit, the "Parties") hereby stipulate to the following:

- Defendants will not affirmatively offer any argument, testimony, or evidence relating to any alleged prior art referenced in Dr. Jeffay's invalidity report, including SCOUT (Mosberger), PacketShaper, Decapser, or SPIN/Plexus, or any other invalidity basis (*e.g.*, lack of written description, on sale bar, etc.).

- Defendants will not offer any argument, evidence, or testimony that they do not infringe based upon their products allegedly "practicing the prior art." Defendants will not compare the functionality of the Accused Products to the functionality in any alleged prior art, including SCOUT (Mosberger), PacketShaper, Decapser, SPIN/Plexus or any other alleged prior art referenced in Dr. Jeffay's invalidity report.

- Notwithstanding the foregoing, Defendants agree that they will approach the Court if they believe that Implicit has opened the door to allow Defendants to present evidence and argument relating to prior art referenced in Dr. Jeffay's invalidity

report as further described in the next paragraph. Implicit does not concede that such arguments and evidence should be before the jury and reserves its rights to object to Defendants presenting such arguments and evidence.

- Notwithstanding the foregoing, to the extent that Implicit attempts to generalize the nature of its invention (e.g., flow-based processing and/or application level inspection and/or deep packet inspection), Defendants reserve the right to present testimony, argument, or evidence that such general concepts were known in the art at the time of invention, including through reference to the prior art discussed in Dr. Jeffay's invalidity report. Implicit does not concede that such arguments and evidence should be before the jury and reserves its rights to object to NetScout presenting such arguments and evidence.

Date    December 3, 2019

*Counsel for Plaintiff Implicit, LLC*

/s/Brandon C. Martin

Spencer Hosie, pro hac vice,
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, pro hac vice,
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, pro hac vice,
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, pro hac vice,
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M.S. Germinario, pro hac vice,
(CA Bar No. 326208)
fgerminario@hosielaw.com
**HOSIE RICE LLP**
600 Montgomery St., 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001

William E. Davis, III (TX Bar No. 24047416)
bdavis@bdavisfirm.com
Christian J. Hurt (TX Bar No. 24059987)
churt@bdavisfirm.com
Edward Chin (Of Counsel)
(TX Bar No. 50511688)

*Counsel for Defendant NetScout Systems, Inc. and Sandvine Corporation.*

/s/Eric A. Buresh

Abran J. Kean (CO Bar 44660)
**ERISE IP, P.A.**
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600

Eric A. Buresh (KS Bar 19895)
Mark C. Lang (KS Bar 26185)
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
eric.buresh@eriseip.com
abran.kean@eriseip.com
mark.lang@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Stipulation Regarding Invalidity            2

echine@bdavisfirm.com
Debra Coleman (Of Counsel)
(TX Bar No. 24059595)
dcoleman@bdavisfirm.com
Ty William Wilson
(TX Bar No. 24106583)
twilson@bdavisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically on December 3, 2019 in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel, who are deemed to have consented to electronic service.  *See* Local Rule CV-5(a)(3)(V).

*/s/ Brandon C. Martin*
Brandon C. Martin