# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| NETSCOUT SYSTEMS, INC., | § | CIVIL ACTION NO.  2:18-CV-00053-JRG |
| | § | |
| | § | |
| *Defendant.* | § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 9, 2019

**OPEN: 9:39  a.m.**                                                                                       **ADJOURN: 6:14 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Taylor Fitzner<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:39 a.m. | Court opened.  The Court gave preliminary instructions to the panel |
| 9:48 a.m. | Counsel announced ready for hearing.  Messrs. Davis and Gillam introduced co-counsel and their respective clients. |
| | Jurors answered the questions shown on the screen |
| 10:20 a.m. | Voir dire examination by Mr. Davis on behalf of Plaintiff. |
| 10:50 a.m. | Voir dire examination by Mr. Gillam on behalf of Defendants. |
| 11:20 a.m. | Bench conference. |
| 11:25 a.m. | Recess. |
| 11:50 a.m. | Jurors selected and sworn.  Court gave an overview of trial schedule. |
| 12:10 p.m. | Lunch recess. |
| 1:05 p.m. | Jury returned to the courtroom.  Court gave additional instructions to the Jury. |
| 1:41 p.m. | Opening statement by Mr. Hosie on behalf of Plaintiff. |

2

| TIME | MINUTES |
|---|---|
| 2:10 p.m. | Opening statement by Mr. Gillam on behalf of Defendant. |
| 2:21 p.m. | Opening statement by Mr. Buresh on behalf of Defendant. |
| 2:37 p.m. | Opening statement by Mr. Gillam on behalf of Defendant. |
| 2:40 p.m. | Rule invoked. |
| 2:41 p.m. | Recess. |
| 2:55 p.m. | Court reconvened. |
|  | Jury returned to the courtroom. |
| 2:56 p.m. | Direct examination of Edward Balassanian by Mr. Hosie. |
| 4:29 p.m. | Bench conference. |
| 4:30 p.m. | Direct examination of Edward Balassanian by Mr. Hosie. |
| 4:44 p.m. | Recess. |
| 4:56 p.m. | Court reconvened.  The Jury returned to the courtroom. |
| 4:57 p.m. | Direct examination of Edward Balassanian by Mr. Hosie. |
| 5:03 p.m. | Cross examination of Edward Balassanian by Mr. Gillam. |
| 5:59 p.m. | Bench conference. |
| 6:02 p.m. | Cross examination of Edward Balassanian by Mr. Gillam. |
| 6:04 p.m. | Redirect examination of Edward Balassanian by Mr. Hosie. |
| 6:12 p.m. | The parties passed the witness. |
| 6:14 p.m. | Jury excused until 8:30 a.m.  Hearing outside the presence of the Jury.  Court adjourned. |