# 12/09/2019, 09:00 AM
## 2:18-cv-00053-JRG
## Implicit, LLC v. NETSCOUT Systems, Inc.
### Jury Selection

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
| --- | --- |
| Gil Gilliam | NETSCOUT |
| Edward Balassanian | Implicit |
| Eric Buresh | NETSCOUT |
| Abran Kean | / |
| Mark Lang | ✓ |
| Bo Davis | Implicit |
| Christian Hurt | Implicit |
| Kathleen Fitterling | NETSCOUT |
| Jeff Levinson | NetScout |