# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| NETSCOUT SYSTEMS, INC., | § | CIVIL ACTION NO. 2:18-CV-00053-JRG |
| | § | |
| | § | |
| *Defendant.* | § | |

## MINUTES FOR JURY TRIAL DAY TWO
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 10, 2019

**OPEN: 8:25 a.m.**                                                                                   **ADJOURN: 5:00 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Taylor Fitzner<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:25 a.m. | Court opened.  Messrs. Wilson and Lang read into the record exhibits used prior day. |
| 8:30 a.m. | Direct examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 9:27 a.m. | **Courtroom sealed.** |
| 10:13 a.m. | Bench conference.  Direct examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 10:14 a.m. | Recess. **Courtroom unsealed.** |
| 10:15 a.m. | Recess. |
| 10:46 a.m. | Court reconvened. Jury returned to the courtroom. Direct examination of Kevin Almeroth, Ph.D. by Mr. Hurt |
| 10:51 a.m. | **Courtroom sealed.** |
| 11:45 a.m. | **Courtroom unsealed.** |
| 11:54 a.m. | Mr. Hurt passed the witness.  Lunch recess. |
| 12:53 p.m. | Cross examination of Kevin Almeroth, Ph.D. by Mr. Buresh. |

2

| TIME | MINUTES |
|---|---|
| 1:30 p.m. | Bench conference. |
| 1:31 p.m. | Cross examination of Kevin Almeroth, Ph.D. by Mr. Buresh. |
| 1:33 p.m. | Bench conference. |
| 1:35 p.m. | Cross examination of Kevin Almeroth, Ph.D. by Mr. Buresh. |
| 1:53 p.m. | **Courtroom sealed.** |
| 2:13 p.m. | **Courtroom unsealed.**  Recess |
| 2:26 p.m. | Court reconvened. Redirect examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 2:34 p.m. | Bench conference.  **Courtroom sealed.** |
|  | Redirect examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 2:51 p.m. | Recross examination of Kevin Almeroth, Ph.D. by Mr. Buresh. |
| 2:52 p.m. | Parties  Direct examination of Keith Ugone, Ph.D. by Mr. Davis. |
| 4:10 p.m. | Jury excused recess.  Hearing outside the presence of the Jury. |
| 4:12 p.m. | Recess. |
| 4:25 p.m. | Jury returned to the courtroom.  Cross of Keith Ugone, Ph.D. by Mr. Kean. |
| 4:46 p.m. | Bench conference. |
| 4:49 p.m. | Court's instruction to the Jury.  Cross examination of Keith Ugone, Ph.D. by Mr. Kean. |
| 4:54 p.m. | Redirect examination of Keith Ugone, Ph.D. by Mr. Davis. |
| 4:55 p.m. | Parties passed the witness.  Plaintiff rests. |
| 4:57 p.m. | Jury excused until 8:30 a.m.  Hearing outside the presence of the Jury. |
| 5:00 p.m. | Court adjourned. |