# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| NETSCOUT SYSTEMS, INC., | § | CIVIL ACTION NO. 2:18-CV-00053-JRG |
| | § | |
| | § | |
| *Defendant.* | § | |

## MINUTES FOR JURY TRIAL DAY THREE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 11, 2019

**OPEN:** 8:31 a.m.                                              **ADJOURN:** 5:54 p.m.

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Taylor Fitzner<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:31 a.m. | Court opened. Exhibits used prior day read into the record. |
| 8:34 a.m. | Jury returned to the courtroom. Direct examination of Paul Barrett by Mr. Buresh. |
| 9:36 a.m. | Bench conference. |
| 9:38 a.m. | Direct examination of Paul Barrett by Mr. Buresh. |
| 9:46 a.m. | Bench conference. |
| 9:47 a.m. | Jury excused for recess. Hearing outside the presence of the Jury. |
| 9:49 a.m. | Court recess. |
| 10:11 a.m. | Court reconvened. Jury returned to the courtroom. Cross examination of Paul Barrett by Mr. Hosie. |
| 10:14 a.m. | Bench conference. |
| 10:15 a.m. | **Courtroom sealed.** Cross examination of Paul Barrett by Mr. Hosie. |
| 10:45 a.m. | Bench conference. |

| TIME | MINUTES |
|---|---|
| 10:47 a.m. | Cross examination of Paul Barrett by Mr. Hosie. |
| 10:54 a.m. | **Courtroom unsealed.** Redirect examination of Paul Barrett by Mr. Buresh. |
| 10:56 a.m. | Recross examination of Paul Barrett by Mr. Hosie. |
| 10:57 a.m. | Parties passed the witness. Bench conference. |
| 10:58 a.m. | Direct examination of John Curtin by Mr. Buresh. |
| 11:37 a.m. | Bench conference. |
| 11:40 a.m. | Lunch recess for Jury. Hearing outside the presence of the Jury. |
| 11:42 a.m. | Lunch recess. |
| 12:40 p.m. | Court reconvened. Direct examination of John Curtin by Mr. Buresh. |
| 12:59 p.m. | Cross examination of John Curtin by Mr. Hurt. |
| 1:11 p.m. | Bench conference. |
| 1:12 p.m. | Cross examination of John Curtin by Mr. Hurt. |
| 1:30 p.m. | The parties passed the witness. |
| 1:32 p.m. | Direct examination of Scott Dawson, Ph.D. by Mr. Buresh. |
| 1:47 p.m. | Bench conference. |
| 1:50 p.m. | Direct examination of Scott Dawson Ph.D. by Mr. Buresh. |
| 2:01 p.m. | Recess. |
| 2:16 p.m. | Jury returned to the courtroom. |
| 2:17 p.m. | Direct examination of Scott Dawson, Ph.D. by Mr. Buresh. |
| 2:24 p.m. | **Courtroom sealed.** Direct examination of Scott Dawson, Ph.D. by Mr. Buresh. |
| 2:33 p.m. | **Courtroom unsealed.** Direct examination of Scott Dawson, Ph.D. by Mr. Buresh. |
| 2:44 p.m. | Cross examination of Scott Dawson, Ph.D. by Mr. Davis. |
| 2:45 p.m. | **Courtroom sealed.** Cross examination of Scott Dawson, Ph.D. by Mr. Davis. |
| 2:58 p.m. | Bench conference. |
| 2:59 p.m. | Cross examination of Scott Dawson, Ph.D. by Mr. Davis. |
| 3:04 p.m. | Parties passed the witness. **Courtroom unsealed.** Direct examination of Kevin Jeffay, Ph.D. by Mr. Buresh. |
| 3:19 p.m. | Bench conference. |
| 3:20 p.m. | Direct examination of Kevin Jeffay, Ph.D. by Mr. Buresh. |
| 3:22 p.m. | Bench conference. |
| 3:23 p.m. | Direct examination of Kevin Jeffay, Ph.D. by Mr. Buresh. |
| 4:02 p.m. | Recess. |
| 4:17 p.m. | Court reconvened. Jury returned to the courtroom. Direct examination of Kevin Jeffay, Ph.D. by Mr. Buresh. |
| 5:26 p.m. | Bench conference. |
| 5:27 p.m. | Cross examination of Kevin Jeffay, Ph.D. by Mr. Hosie. |
| 5:31 p.m. | **Courtroom sealed.** |
| 5:32 p.m. | **Courtroom unsealed.** |
| 5:37 p.m. | **Courtroom sealed.** |
| 5:48 p.m. | **Courtroom unsealed.** |
| 5:51 p.m. | Bench conference. |
| 5:52 p.m. | Jurors excused for recess. |
| 5:53 p.m. | Hearing outside the presence of the Jury. |
| 5:54 p.m. | Court adjourned. |