## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § |
| NETSCOUT SYSTEMS, INC., | §     **CIVIL ACTION NO.  2:18-CV-00053-JRG** |
| | § |
| | § |
| *Defendant.* | § |

---

### MINUTES FOR JURY TRIAL DAY FOUR
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 12, 2019

**OPEN: 8:31 a.m.**                                    **ADJOURN: 3:28 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Taylor Fitzner<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:31 a.m. | Court opened.  Exhibits used prior day read into the record by Messrs. Wilson and Lang. |
| 8:34 a.m. | Jury returned to the courtroom.  Cross of Kevin Jeffay, Ph.D. by Mr. Hosie. |
| 8:39 a.m. | **Courtroom sealed.**  Cross of Kevin Jeffay, Ph.D. by Mr. Hosie. |
| 8:45 a.m. | **Courtroom unsealed.**  Cross of Kevin Jeffay, Ph.D. by Mr. Hosie. |
| 8:57 a.m. | Redirect examination of Kevin Jeffay, Ph.D. by Mr. Buresh. |
| 9:01 a.m. | Recross examination of Kevin Jeffay Ph.D. by Mr. Hosie. |
| | Parties passed the witness. |
| 9:02 a.m. | Direct examination of Suzanne Stuckwisch by Mr. Kean. |
| 9:48 a.m. | Recess. |
| 10:05 a.m. | Court reconvened.  Cross examination of Suzanne Stuckwisch by Mr. Davis. |
| 10:33 a.m. | Redirect examination of Suzanne Stuckwisch by Mr. Kean. |
| 10:36 a.m. | Defendant rests. |

| TIME | MINUTES |
|---|---|
| 10:37 a.m. | Direct examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 10:44 a.m. | Bench conference. |
| 10:46 a.m. | Direct examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 10:57 a.m. | Bench conference. |
| 11:01 a.m. | **Courtroom sealed.**  Direct examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 11:02 a.m. | **Courtroom unsealed.**  Direct examination of Kevin Almeroth, Ph.D. by Mr. Hurt. |
| 11:11 a.m. | Mr. Hurt passed the witness. Bench conference. |
| 11:13 a.m. | Cross examination of Kevin Almeroth, Ph.D. by Mr. Buresh. |
| 11:19 a.m. | Bench conference. |
| 11:21 a.m. | Cross examination of Kevin Almeroth, Ph.D. by Mr. Buresh. |
| 11:41 a.m. | Bench conference. |
| 11:43 a.m. | Parties passed the witness. |
| 11:45 am | Recess |
| 12:01 p.m. | Court reconvened |
| 12:05 p.m. | Jury excused until 8:00 a.m. |
| 12:07 p.m. | Court excused the attorneys until 2:00 p.m. |
| 2:08 p.m. | Court opened.  Hearing outside the presence of the Jury.  The Court heard argument on Rule 50(a) motions.  Messrs. Wilson and Lang argued.  The Court DENIED the motions. |
| 2:40 p.m. | The Court addressed the Court's charge. |
| 2:43 p.m. | Recess. |
| 3:18 p.m. | Court reconvened.  Formal charge conference.  Messrs. Martin and Lang spoke on behalf of the parties. |
| 3:28 p.m. | Court adjourned. |