**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:18-CV-00053-JRG** |
| | § | |
| **NETSCOUT SYSTEMS, INC.,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict F01m, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be **unanimous.** Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Inst1uctions. You should refer to and consider the Final Jmy Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Implicit" refers to Implicit, LLC.
- "NetScout" refers to NetScout Systems, Inc.
- "Asserted Patents" refers to U.S. Patent Nos. 8,694,683 (the '"683 Patent"), 9,270,790 (the '"790 Patent"), and 9,591,104 (the '°104 Patent").
- The "Asserted Claims" refers collectively to Claims 1 and 10 of the '683 Patent; Claim 1 of the '790 Patent; and Claims 1, 3, and 4 of the '104 Patent.

**IT IS VERY IMPORANT THAT YOU FOLLOW THE**

**INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.**

**READ THEM CAREFULLY AND**
**ENSURE YOUR VERDICT COMPLIES WITH THEM.**

**QUESTION NO. 1**

Did Implicit prove by a preponderance of the evidence that NetScout infringed ANY of the Asserted Claims?

Yes: ___ No: ✓

**If you answered "NO" to Question No. 1, then do not answer any more questions and proceed directly to the Final Page. If you answered "YES" to Question No.1, then proceed to answer Question No. 2.**

**QUESTION NO. 2**

Did Implicit prove by a preponderance of the evidence that NetScout willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: ___ No: ______

**If you answered "YES" to Question No.1, then proceed to answer Question No. 3. If you answered "NO" to Question No. 1, then do not answer Question No. 3.**

**QUESTION NO. 3:**

What sum of money, if any, paid now in cash, has Implicit proven by a preponderance of the evidence would compensate Implicit for its damages resulting from infringement of the Asserted Patents?

Answer in United States Dollars and Cents, if any:

$ _________________ _

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this \11 day of December, 2019.