**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| NETSCOUT SYSTEMS, INC., | § | CIVIL ACTION NO.  2:18-CV-00053-JRG |
| | § | |
| | § | |
| *Defendant.* | § | |

---

**MINUTES FOR JURY TRIAL DAY FIVE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
December 13, 2019**

**OPEN: 8:05 a.m.**                                                              **ADJOURN:  1:15 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Taylor Fitzner<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:05 a.m. | Court opened.  Exhibits used prior day read into the record by Messrs. Wilson and Lang. |
| 8:12 a.m. | Jury returned to the courtroom.  Court's charge to Jury. |
| 8:49 a.m. | Closing argument by Mr. Davis for Plaintiff. |
| 9:03 a.m. | Closing argument by Mr. Hurt for Plaintiff. |
| 9:22 a.m. | Closing argument by Mr. Buresh for Defendant. |
| 9:53 a.m. | Closing argument by Mr. Gillam for Defendant. |
| 10:03 a.m. | Closing argument by Mr. Davis for Plaintiff. |
| 10:11 a.m. | Final instructions to Jury. |
| 10:16 a.m. | Jury retired to deliberate. |
| 10:18 a.m. | Recess. |
| 11:52 a.m. | Court reconvened.  Note received.  PTX 381 delivered to Jury. |
| 11:57 a.m. | Recess. |

| TIME | MINUTES |
|------|---------|
| 1:08 p.m. | Court reconvened.  Jury note received indicating a verdict had been reached. |
| 1:09 p.m. | Jury returned to the Courtroom.  Verdict read by Court.  Jurors polled representing a unanimous verdict. |
| 1:15 p.m. | Jurors released.  Court adjourned. |