**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| IMPLICIT, LLC,          § | |
| § | |
| *Plaintiff,*     § | |
| § | |
| v.                      § | CIVIL ACTION NO.  2:18-CV-00053-JRG |
| § | |
| NETSCOUT SYSTEMS, INC., § | |
| § | |
| *Defendant.*    § | |

## ORDER

Before the Court is Defendant NetScout Systems, Inc.'s ("NetScout") Unopposed Motion for Extension of Time to File Bill of Costs (the "Motion"). (Dkt. No. 241.) The deadline to submit NetScout's Bill of Costs is December 30, 2019. In the Motion, NetScout represents that "[t]he parties have communicated with each other regarding certain disputes in the bill of costs, but given the intervening holidays since service and receipt of the proposed Bill of Costs, the parties require additional time to further meet, confer, and attempt to reach an appropriate agreement concerning NetScout's Bill of Costs, before finalizing the proposed submissions to the Court." (*Id.* at 1.) Accordingly, NetScout requests an extension up to and through January 6, 2020 to file the Bill of Costs. (*Id.*) Plaintiff Implicit, LLC does not oppose the Motion. (*Id.*) Having considered the Motion and its unopposed nature, the Court is of the opinion that the Motion should be and hereby is **GRANTED.**

Accordingly, it is **ORDERED** that NetScout's deadline to file the Bill of Costs is extended up to and through **January 6, 2020**.

**So Ordered this**

**Dec 31, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2