# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.  2:18-CV-00053-JRG |
| NETSCOUT SYSTEMS, INC., | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is Defendant NetScout Systems, Inc.'s ("NetScout") Unopposed Motion for Extension of Time to File Bill of Costs (the "Motion"). (Dkt. No. 245.) The deadline to submit NetScout's Bill of Costs is January 6, 2020. In the Motion, NetScout represents that the parties require additional time to reach an appropriate agreement concerning NetScout's Bill of Costs before finalizing the proposed submissions to the Court. (*Id.* at 1.) Accordingly, NetScout requests an extension up to and through January 10, 2020 to file the Bill of Costs. (*Id.*) The Court previously granted an extension of time allowing the parties an additional week to meet and confer. (Dkt. No. 242.) Having considered the Motion and its unopposed nature, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that NetScout's deadline to file the Bill of Costs is extended up to and through **January 10, 2020**.

**So ORDERED and SIGNED this 7th day of January, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE