IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC, § § *Plaintiff,* § § v. § § NETSCOUT SYSTEMS, INC., § § *Defendant.* § | Civil Action No. 2:18-cv-53-JRG LEAD CASE JURY TRIAL DEMANDED |

**NETSCOUT SYSTEM, INC.'S UNOPPOSED MOTION FOR TAXATION OF COSTS**

Defendant NetScout Systems, Inc.'s ("NetScout") respectfully moves for an order directing the Clerk of Court to tax costs against Plaintiff Implicit, LLC as indicated in the attached bill of costs.

Attached as Exhibit 1 are invoices for fees for printed or electronically recorded transcripts. Exhibit 2 contains a true and correct copy of an invoice for fees and disbursements for printing. Exhibit 3 are documents supporting fees for witnesses. Exhibit 4 contains a true and correct copy of an invoice for fees and exemplification and the costs of making copies. Exhibit 5 contains a true and correct copy of an invoice for additional costs.

Counsel for Plaintiff confirmed that Plaintiff does not oppose the agreed bill of costs attached hereto.

Dated: January 10, 2020

By: */s/ Mark C. Lang*

Abran J. Kean (CO Bar 44660)
**ERISE IP, P.A.**
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Telephone: (913) 777-5600

Eric A. Buresh (KS Bar 19895)
Mark C. Lang (KS Bar 26185)
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
eric.buresh@eriseip.com
abran.kean@eriseip.com
mark.lang@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendant
NetScout Systems, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing document was served on counsel for all parties appearing in this action via the Court's electronic filing system on January 10, 2020.

                                                /s/ *Melissa R. Smith*