# EXHIBIT A

# *IMPLICIT, LLC*
## *v.*
## *NETSCOUT SYSTEMS, INC.*

## Dr. Kevin C. Almeroth: **Expert Testimony**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Civil Action No. 2:18-CV-00053

1

# The Asserted Claim of the Implicit Patents

### U.S. Patent 8,694,683



### Claims 1 and 10

### U.S. Patent 9,270,790



### Claim 1

### U.S. Patent 9,591,104



### Claims 1, 3 and 4

# '683 Patent: **Infringement Analysis**

| '683 Patent, **Claim 1** | SUMMARY |
|---|---|

1. A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim 1: Elements | Arbor | InfiniStream | GeoProbe |
|---|---|---|---|
| A first apparatus for receiving data from a second apparatus, the first apparatus comprising: | | | |
| a processing unit; and | | | |
| a memory storing instructions executable by the processing unit to: | | | |
| create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message; | | | |
| store the created path; and | | | |
| process subsequent packets in the message using the sequence of routines indicated in the stored path, | | | |
| wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format. | | | |

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | Arbor |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.



PTX062, at 381

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | InfiniStream |
|---|---|

**1.** <mark>A first apparatus for receiving data from a second apparatus, the first apparatus</mark> comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.



PTX-010, at 2

40

## '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | GeoProbe |
|---|---|

**1.** <mark>A first apparatus for receiving data from a second apparatus, the first apparatus</mark> comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.



3.7.1.5  Auto-detection Process

PTX-090, at 200

41

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | SUMMARY |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim 1: Elements | Arbor | InfiniStream | GeoProbe |
|---|---|---|---|
| A first apparatus for receiving data from a second apparatus, the first apparatus comprising: | | | |
| a processing unit; and | | | |
| a memory storing instructions executable by the processing unit to: | | | |
| create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message; | | | |
| store the created path; and | | | |
| process subsequent packets in the message using the sequence of routines indicated in the stored path, | | | |
| wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format. | | | |

42

## '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | SUMMARY |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim 1: Elements | Arbor | InfiniStream | GeoProbe |
|---|---|---|---|
| A first apparatus for receiving data from a second apparatus, the first apparatus comprising: | | | |
| a processing unit; and | | | |
| a memory storing instructions executable by the processing unit to: | | | |
| create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message; | | | |
| store the created path; and | | | |
| process subsequent packets in the message using the sequence of routines indicated in the stored path, | | | |
| wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format. | | | |

43

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | Arbor |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

<mark>a processing unit</mark>; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.



NETSCOUT

NETSCOUT Arbor Edge Defense (AED)
First and Last Line of Smart, Automated Perimeter Defense

| Features | 2600 | 2800 |
|---|---|---|
| Physical Dimensions | **Chassis:** 2U rack height; **Height:** 3.45 inches (8.67 cm); **Width:** 17.4 inches (43.53 cm); **Depth:** 20 inches (50.8 cm); **Weight:** 36.95 lbs. (17.76 kg) | |
| Power Options | **DC:** 2 x DC redundant, hot swap capable power supplies; **DC Power Ratings:** -40 to -72 Vdc, 28/14 A max (per DC input); **AC:** 2 x AC redundant, hot swap capable power supplies; **AC Power Ratings:** 100 to 240 VAC, 50 to 60 Hz, 12/6 A max; **Watts:** 315 typical, 375 max | |
| Hard Drives | 2 x 240 GB SSD in RAID 1 Configuration | 2 x 240 GB SSD in RAID 1 Configuration |
| Environmental | **Operating:** Temperature : 41°F to 104°F (5° to 40°C) Humidity: 5–85%; **Non-Operating:** Temperature -40° to 158°F (-40° to 70°C); Humidity 95% | |
| Memory | 32 GB | 64 GB |
| Processor | 2 x Intel Xeon E5-2608L v3 (6 cores) 2 GHz; Watts: 315 typical, 375 max | Dual Intel Xeon (12-core) E5–2648L v3 –1.80GHz |

RESTRICTED - ATTORNEYS' EYES ONLY

PTX-016, at 2

44

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | InfiniStream |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.



Barrett Depo., at 107:3-19

```
3        Q.  Who are the manufacturers of the major
4   components within the InfiniStream, like processors
5   and memory and FPGA's, and those type of things?
6        A.  The CPU's are Intel.  I'm afraid I don't
7   recall which storage vendor we're currently using.
8   We have used different vendors over the years.
9        Q.  Okay.
10       A.  I want to say that some of the appliances,
11  in particular the nGeniusONE appliances, I believe,
12  are based on Dell platforms.
13       Q.  Okay.  What is the processor that does the
14  actual packet processing with the InfiniStream?  Do
15  you know?
16       A.  I do know.  InfiniStream appliances either
17  have one or two x86 Intel processors.  All
18  processing, including processing of packets, is
19  performed by those one or two Intel CPU's.
```

45

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | GeoProbe |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

<mark>a processing unit</mark>; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

### G10 IIC - Cavium

<mark>Multi-core NPU up to 32-MIPS cores and 16G of memory.</mark>  A few cores run Linux for management and storage while the rest are in a bare metal run to completion mode.

### G10 IAP

<mark>Multi-core x86 up to 40 virtual cores and 192G of memory.</mark>  On G10 the lone IAP doubles as management and session processing.  TrafficProcessor consumes the bulk of x86 resources with up to 26-threads on the IAP320.

PTX-005, at 5, 6

46

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | SUMMARY |

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

<mark>a processing unit</mark>; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim 1: Elements | Arbor | InfiniStream | GeoProbe |
|---|---|---|---|
| A first apparatus for receiving data from a second apparatus, the first apparatus comprising: | | | |
| a processing unit; and | | | |
| a memory storing instructions executable by the processing unit to: | | | |
| create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message; | | | |
| store the created path; and | | | |
| process subsequent packets in the message using the sequence of routines indicated in the stored path, | | | |
| wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format. | | | |

47

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | SUMMARY |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

<mark>a processing unit</mark>; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim 1: Elements | Arbor | InfiniStream | GeoProbe |
|---|---|---|---|
| A first apparatus for receiving data from a second apparatus, the first apparatus comprising: | | | |
| a processing unit; and | | | |
| a memory storing instructions executable by the processing unit to: | | | |
| create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message; | | | |
| store the created path; and | | | |
| process subsequent packets in the message using the sequence of routines indicated in the stored path, | | | |
| wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format. | | | |

48

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | Arbor |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

<mark>a memory storing instructions executable by the processing unit to:</mark>

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.



NETSCOUT

NETSCOUT Arbor Edge Defense (AED)

First and Last Line of Smart, Automated Perimeter Defense

| Features | 2600 | 2800 |
|---|---|---|
| Physical Dimensions | **Chassis:** 2U rack height; **Height:** 3.45 inches (8.67 cm); **Width:** 17.4 inches (43.53 cm); **Depth:** 20 inches (50.8 cm); **Weight:** 36.95 lbs. (17.76 kg) | |
| Power Options | **DC:** 2 x DC redundant, hot swap capable power supplies; **DC Power Ratings:** -40 to -72 Vdc, 28/14 A max (per DC input); **AC:** 2 x AC redundant, hot swap capable power supplies; **AC Power Ratings:** 100 to 240 VAC, 50 to 60 Hz, 12/6 A max; **Watts:** 315 typical, 375 max | |
| Hard Drives | 2 x 240 GB SSD in RAID 1 Configuration | 2 x 240 GB SSD in RAID 1 Configuration |
| Environmental | **Operating:** Temperature : 41°F to 104°F (5° to 40°C) Humidity: 5–85%; **Non-Operating:** Temperature -40° to 158°F (-40° to 70°C); Humidity 95% | |
| Memory | 32 GB | 64 GB |
| Processor | 2 x Intel Xeon E5-2608L v3 (6 cores) 2 GHz; Watts: 315 typical, 375 max | Dual Intel Xeon (12-core) E5–2648L v3 –1.80GHz |

PTX-016, at 2

49

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | InfiniStream |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.



PTX-227

50

## '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | GeoProbe |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

### G10 IIC - Cavium

Multi-core NPU up to 32-MIPS cores and 16G of memory.  A few cores run Linux for management and storage while the rest are in a bare metal run to completion mode.

### G10 IAP

Multi-core x86 up to 40 virtual cores and 192G of memory.  On G10 the lone IAP doubles as management and session processing.  TrafficProcessor consumes the bulk of x86 resources with up to 26-threads on the IAP320.

PTX-005, at  5, 6

51

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | SUMMARY |
|---|---|

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

<mark>a memory storing instructions executable by the processing unit</mark> to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim 1: Elements | Arbor | InfiniStream | GeoProbe |
|---|---|---|---|
| A first apparatus for receiving data from a second apparatus, the first apparatus comprising: | | | |
| a processing unit; and | | | |
| a memory storing instructions executable by the processing unit to: | | | |
| create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message; | | | |
| store the created path; and | | | |
| process subsequent packets in the message using the sequence of routines indicated in the stored path, | | | |
| wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format. | | | |

52

# '683 Patent, Claim 1: **Infringement Analysis**

| '683 Patent, **Claim 1** | SUMMARY | | |

1. A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

<mark>a memory storing instructions executable by the processing unit</mark> to:

create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim 1: Elements | Arbor | InfiniStream | GeoProbe |
|---|---|---|---|
| A first apparatus for receiving data from a second apparatus, the first apparatus comprising: | | | |
| a processing unit; and | | | |
| a memory storing instructions executable by the processing unit to: | | | |
| create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message; | | | |
| store the created path; and | | | |
| process subsequent packets in the message using the sequence of routines indicated in the stored path, | | | |
| wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format. | | | |

# '683 Patent, Claim 1: **Infringement Analysis**

### '683 Patent, **Claim 1**

**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising:

a processing unit; and

a memory storing instructions executable by the processing unit to:

==create, based on an identification of information in a received packet of a message, a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;==

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path, wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format.

| Claim Term | Court's Definition |
|---|---|
| *"message"* | "a collection of data that is related in some way, such as a stream of video or audio data or an email message" |
| *"sequence of [two or more] routines"* | "an ordered arrangement of [two or more] software routines that was not selected from a set of arrangements created before receiving the first packet of the message" |

54