# EXHIBIT F

# IMPLICIT v. NETSCOUT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS, MARSHALL

Honorable Judge Rodney Gilstrap

Civil Action No. 2:18-cv-53

### November 13, 2019

# Claim 1 of the '683 Patent



**1.** A first apparatus for receiving data from a second apparatus, the first apparatus comprising: . . .

create . . . a path that includes one or more data structures that indicate a sequence of routines for processing packets in the message;

store the created path; and

process subsequent packets in the message using the sequence of routines indicated in the stored path,

wherein the sequence includes a ==routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format==.

'683 Patent, Claim 1

# The Court's Claim Constructions



| Term | Construction |
|------|--------------|
| **"execute a Transmission Control Protocol (TCP)"**<br>('683 Patent, Cl. 1; '790 Patent, Cl. 1, 15) | **"operate on one or more packets whose outermost header is a TCP header"** |

| Term | Construction |
|------|--------------|
| **"convert one or more packets having a TCP format into a different format"**<br>('683 Patent, Cl. 1; '790 Patent, Cls. 1, 15)<br><br>**"convert one of the packets of the message into a different format"**<br>('790 Patent, Cl. 8) | **"convert the outermost header structure of the packet(s) from TCP to another type of header structure"** |

*Claim Construction Memorandum and Order*, at 29, 35

# The Parties' Claim Construction Positions

wherein the sequence includes a routine that is used to execute a Transmission Control Protocol (TCP) to convert one or more packets having a TCP format into a different format

| Plaintiff's Construction | Defendants' Construction |
|---|---|
| Plain and ordinary meaning. No construction necessary. | "operate on one or more packets whose outermost header is a TCP header at the endpoint of a connection" |

| Plaintiff's Construction | Defendants' Construction |
|---|---|
| Plain and ordinary meaning. No construction necessary. | "convert the packet(s) outermost header structure from TCP to another type of header structure" |

# Defendants Asserted That Their Constructions Reflected "Basic Packet Processing"



89 at 17-19; *see also Fenner*, 778 F.3d at 1323-25. Furthermore, Implicit pays no credence to ==basic packet processing,== and the fact that a protocol operates on packet that is in the format of that protocol as detailed in the preceding section. Defendants are applying the ==basic technical meaning== of the claim terms in their proper context.

outermost header that is in the TCP format, and then the system can "execute TCP." **Not only is** this ==basic networking,== but Implicit has repeatedly distinguished prior art on this same basis. *See*

another. The "format" of a packet is the subject of the parties' dispute. **As explained below, the** *"format"* of a packet is its outermost header structure. This is an undeniably accurate statement, as confirmed by Implicit's intrinsic record statements and by Implicit's technical expert during reexamination proceedings, and the Court should ==provide the jury this basic understanding.==

*Dkt. 93*, at 11, 18

5

# The Court Addressed "Converting" By "Merely Moving a Reference" in Column 14



Plaintiff has cited disclosure in the specification <mark>regarding advancing a reference past a header:</mark>

Although the conversion system has been described in terms of various embodiments, the invention is not limited to these embodiments. Modification within the spirit of the invention will be apparent to those skilled in the art. For example, a conversion routine may be used for routing a message and may perform no conversion of the message. Also, a reference to a single copy of the message can be passed to each conversion routine or demuxkey routine. <mark>These routines can advance the reference past the header information for the protocol so that the reference is positioned at the next header.</mark> After the demux process, the reference can be reset to point to the first header for processing by the conversion routines in sequence.

'683 Patent at 14:4–16. This disclosure of "advanc[ing] the reference past the header information

# The Court Rejected Implicit's "Converting" Arguments Relating to Column 14



Yet, this disclosure relates to an operation that "may perform no conversion of the message." *Id.*  Plaintiff has failed to demonstrate that anything in this disclosure is inconsistent with the patentee's understanding, as apparent in the above-discussed evidence, that the format of a packet is determined by its outermost header. To whatever extent Plaintiff contends that the terms "convert one or more packets having a TCP format into a different format," "convert one or more packets in a transport layer format into a different format," and "convert packets of the different format into another format" encompass merely moving a reference, the Court hereby expressly rejects any such interpretation as lacking support in the record.

*Claim Construction Memorandum and Order*, at 27