# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:18-cv-53-JRG |
| | § | LEAD CASE |
| v. | § § | JURY TRIAL DEMANDED |
| NETSCOUT SYSTEMS, INC., | § § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED MOTION FOR JUDGEMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL

Having considered Plaintiff Implicit, LLC's Motion for Judgment as a Matter of Law and Motion for New Trial, it is hereby ORDERED that the Motion is **GRANTED**.