# Exhibit 7

12:27:34

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                        MARSHALL DIVISION

 3
     IMPLICIT, LLC                    )(
 4
                                      )(    CIVIL ACTION NO.
 5
     VS.                              )(    2:18-CV-53-JRG
 6
                                      )(    MARSHALL, TEXAS
 7                                          DECEMBER 11, 2019
     NETSCOUT SYSTEMS, INC.           )(    12:39 P.M.
 8

 9                      TRANSCRIPT OF JURY TRIAL

10                        AFTERNOON SESSION

11          BEFORE THE HONORABLE CHIEF JUDGE RODNEY GILSTRAP,

12                   UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15
     FOR THE PLAINTIFF:
16

17
     SPENCER HOSIE
18   BRANDON C. MARTIN
     FRANCESCA M. S. GERMINARIO
19   HOSIE RICE, LLP
     600 Montgomery Street, 34th Floor
20   San Francisco, CA 94111

21

22   WILLIAM E. DAVIS, III
     CHRISTIAN J. HURT
23   TY WILLIAM WILSON
     THE DAVIS FIRM, PC
24   213 N. Fredonia Street, Suite 230
     Longview, Texas  75601
25
```

| | | |
|---|---|---|
| 01:16:32 | 1 | along which path to take, right? |
| 01:16:34 | 2 | A.  Yes, the protocol ID indicates which of the paths we |
| 01:16:49 | 3 | will go down. |
| 01:16:49 | 4 | Q.  So if you -- if you have, let's say for case SIP, you |
| 01:16:53 | 5 | see that here on Line 2763? |
| 01:16:57 | 6 | A.  Okay. |
| 01:16:58 | 7 | Q.  You got to this point -- and let me ask this first. |
| 01:17:00 | 8 | Fsb.c, FSB stands for flow state block, right? |
| 01:17:04 | 9 | A.  FSB stands for flow state block. |
| 01:17:08 | 10 | Q.  And that's the series of code that's responsible for |
| 01:17:12 | 11 | the flow state processing that uses the flows table, right? |
| 01:17:15 | 12 | A.  Yes. |
| 01:17:15 | 13 | Q.  Because the flow table is called the flow state block |
| 01:17:19 | 14 | table, true? |
| 01:17:20 | 15 | A.  Yes. |
| 01:17:20 | 16 | Q.  So as the packet is being processed, at this point in |
| 01:17:23 | 17 | time, it may not have determined if it's SIP, right? |
| 01:17:27 | 18 | A.  No, we would know the packet was SIP before this point. |
| 01:17:30 | 19 | Q.  And then at this point, if it has determined it's SIP, |
| 01:17:35 | 20 | the code then does something, right? |
| 01:17:36 | 21 | A.  At this point, based on the fact that we know this |
| 01:17:40 | 22 | packet is SIP, there are instructions to follow the next |
| 01:17:45 | 23 | path. |
| 01:17:46 | 24 | Q.  But you don't actually go down that path until you hit |
| 01:17:52 | 25 | this case statement, right? |

| | | |
|---|---|---|
| 01:17:53 | 1 | A.  Well, as part of writing our code, we order all of our |
| 01:18:00 | 2 | routines, or case statements, or "if" statements.  And so |
| 01:18:05 | 3 | we determine when we go down this path of code. |
| 01:18:09 | 4 | Q.  When we're at this point in code -- in the code and |
| 01:18:12 | 5 | there's a series of case statements, those are all |
| 01:18:16 | 6 | potential options; is that fair? |
| 01:18:21 | 7 | A.  Those are all potential paths within our code, yes. |
| 01:18:24 | 8 | Q.  Okay.  And then at this point in the code is where you |
| 01:19:05 | 9 | figure out which one of those potential paths you're going |
| 01:19:08 | 10 | to go down; is that fair? |
| 01:19:11 | 11 | A.  We've written the code to define all of these paths. |
| 01:19:14 | 12 | So as the packet comes in and goes through this code, it's |
| 01:19:18 | 13 | going to take the path we designed for it. |
| 01:19:21 | 14 |       MR. HURT:  I'm going to object.  Non-responsive, |
| 01:19:24 | 15 | Your Honor. |
| 01:19:24 | 16 |       THE COURT:  After the answer, okay, the remainder |
| 01:19:36 | 17 | of that answer I find is non-responsive, and I'll strike |
| 01:19:40 | 18 | it. |
| 01:19:41 | 19 |       Mr. Curtin, you need to limit your answers to the |
| 01:19:41 | 20 | questions asked.  Mr. Buresh is going to get a chance to |
| 01:19:41 | 21 | follow up and ask you questions he thinks need to be asked |
| 01:19:48 | 22 | after this cross-examination. |
| 01:19:48 | 23 |       THE WITNESS:  All right.  Yeah. |
| 01:19:50 | 24 |       THE COURT:  Just a minute.  All right? |
| 01:19:56 | 25 |       THE WITNESS:  Yes, sir. |

| | | |
|---|---|---|
| 01:19:57 | 1 | THE COURT:  "Yeah" is not really a great response |
| 01:20:01 | 2 | to a United States District Court. |
| 01:20:02 | 3 | THE WITNESS:  Yes, sir. |
| 01:20:03 | 4 | THE COURT:  Thank you.  Let's continue. |
| 01:20:04 | 5 | MR. HURT:  Thank you, Your Honor. |
| 01:20:05 | 6 | Q.  (By Mr. Hurt)  At this point in the code, Mr. Curtin, |
| 01:20:08 | 7 | the GeoProbe is picking one of those possible paths that it |
| 01:20:11 | 8 | will actually process the packet on; is that fair? |
| 01:20:20 | 9 | A.  Yes. |
| 01:20:22 | 10 | Q.  Okay. |
| 01:20:29 | 11 | MR. HURT:  I want to go, if you can, Mr. Diaz, to |
| 01:20:32 | 12 | the last slide in Mr. Curtin's direct, the one that |
| 01:20:41 | 13 | depicts -- thank you. |
| 01:20:43 | 14 | Q.  (By Mr. Hurt)  Do you remember discussing this slide in |
| 01:20:46 | 15 | your direct testimony, Mr. Curtin? |
| 01:20:49 | 16 | A.  Yes, I do. |
| 01:20:50 | 17 | Q.  And this is showing how TCP reassembly for control |
| 01:20:53 | 18 | plane packets operates in GeoProbe, right? |
| 01:20:56 | 19 | A.  Yes. |
| 01:20:57 | 20 | Q.  And we have this first received packet on the bottom |
| 01:21:00 | 21 | left that says TCP sequence No. 3, right? |
| 01:21:05 | 22 | A.  That's correct. |
| 01:21:05 | 23 | Q.  And in this demonstrative, you have sequence No. 3 |
| 01:21:11 | 24 | means we got this one first, but in the ultimate message, |
| 01:21:15 | 25 | it should have been third; is that right? |

| 05:35:25 | 1 | So a packet comes into NetScout's system, correct? |
| 05:35:28 | 2 | A.  Sure. |
| 05:35:28 | 3 | Q.  The system looks at the packet? |
| 05:35:30 | 4 | A.  Okay. |
| 05:35:31 | 5 | Q.  And it has to look at the packet to see what's inside |
| 05:35:34 | 6 | the packet? |
| 05:35:38 | 7 | A.  Sure.  As -- as part of the processing of the packet, |
| 05:35:40 | 8 | it will certainly look into the packet. |
| 05:35:42 | 9 | Q.  And then it processes the various layers of the |
| 05:35:46 | 10 | processing stack? |
| 05:35:49 | 11 | A.  For, yes, some of the products, yes, that will happen. |
| 05:35:54 | 12 | Q.  And it goes through various branching decision trees, |
| 05:36:01 | 13 | if/then/else statements? |
| 05:36:04 | 14 | A.  Sure.  Those are the analogs of the junctures and the |
| 05:36:08 | 15 | plumbing diagrams that -- |
| 05:36:08 | 16 | Q.  Right.  So -- |
| 05:36:09 | 17 | A.  -- we had. |
| 05:36:09 | 18 | Q.  Thank you.  I didn't mean to interrupt, sir. |
| 05:36:11 | 19 | So the system first looks at the packet, and it |
| 05:36:14 | 20 | says, okay, I've got to make a decision, what do I do? |
| 05:36:18 | 21 | A.  Okay. |
| 05:36:20 | 22 | Q.  And then it makes that decision and it goes on and |
| 05:36:23 | 23 | says, okay, I've got to make another decision of what I |
| 05:36:27 | 24 | would do? |
| 05:36:27 | 25 | A.  Well, I wouldn't -- I wouldn't characterize it that |