# Exhibit 8

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
                   MARSHALL DIVISION


IMPLICIT, LLC                  )(
                               )(   CIVIL ACTION NO.
VS.                            )(   2:18-CV-53-JRG
                               )(   MARSHALL, TEXAS
                               )(   DECEMBER 11, 2019
NETSCOUT SYSTEMS, INC.         )(


         PARTIAL TRANSCRIPT OF JURY TRIAL
   SEALED PORTIONS NOS. 6 THROUGH 9 - AFTERNOON SESSION
     BEFORE THE HONORABLE CHIEF JUDGE RODNEY GILSTRAP,
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:


SPENCER HOSIE
BRANDON C. MARTIN
FRANCESCA M. S. GERMINARIO
HOSIE RICE, LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111


WILLIAM E. DAVIS, III
CHRISTIAN J. HURT
TY WILLIAM WILSON
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
```

```
 1  for that packet type is going to be invoked.
 2  Q.  Invoked, that means selected?
 3  A.  It's -- it's already there.  I don't know how to say it
 4  any -- any simpler than that.  I mean, the system is
 5  designed to execute the appropriate application plugin for
 6  that packet type.
 7  Q.  And how many app ID plugins are there in the current
 8  NetScout product, sir?
 9  A.  I do not know the total number.
10  Q.  Give me your best sense.
11  A.  I believe it's -- it's a large number.
12  Q.  Please give me your best sense, sir.
13  A.  I believe it's on the order of a hundred.
14  ████████████    ██████████████████████████████████████
15  ████████████████████████████████████████████████████████
16  ████████████████████
17  ████████████████████████████████████████████████████
18  ██████████████
19  ██████████████████████████████████████████
20  ████████████████████████████████████████████████████
21  ██████    ████████████████████
22  ██████
23  Q.  All right.  And app ID, that's -- that's short for
24  something, isn't it?
25  A.  Sure.
```