**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:18-CV-00053-JRG |
| | § | |
| NETSCOUT SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is NetScout Systems, Inc's ("NetScout") Unopposed Motion for Taxation of Costs (the "Motion"). (Dkt. No. 247.) The parties have met and conferred and have agreed that taxable costs in the above-captioned case amount to $123,719.60. Given the parties' agreement and having considered the submitted Bill of Costs, the Court **ORDERS** entry of Bill of Costs in the amount of $123,719.60.

**So ORDERED and SIGNED this 14th day of January, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE