# EXHIBIT "A"

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF TEXAS

 3                         MARSHALL DIVISION

 4  IMPLICIT, LLC                )(

 5                               )(    CIVIL ACTION NO.

 6                               )(    2:18-CV-53-JRG

 7  VS.                          )(    MARSHALL, TEXAS

 8                               )(

 9  NETSCOUT SYSTEMS, INC.       )(    NOVEMBER 13, 2019

10                               )(    9:06 A.M.

11  _____

12

13                 IN THE UNITED STATES DISTRICT COURT

14                FOR THE EASTERN DISTRICT OF TEXAS

15                         MARSHALL DIVISION

16  IMPLICIT, LLC                )(

17                               )(    CIVIL ACTION NO.

18                               )(    2:18-CV-54-JRG

19  VS.                          )(    MARSHALL, TEXAS

20                               )(

21  SANDVINE CORPORATION         )(    NOVEMBER 13, 2019

22                               )(    9:06 A.M.

23                         PRE-TRIAL HEARING

24            BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

25              UNITED STATES CHIEF DISTRICT JUDGE
```

10:27:25   1          And in the PTS products, the packet data structure

10:27:29   2   is what is depicted here in front of you, the structure

10:27:35   3   m_packet_info.  And what you will see is that it has a set

10:27:39   4   of headers, m_ip_offset, m_4_offset, m_5_offset.  We have

10:27:43   5   pointers to the entire packet, which itself demonstrates

10:27:46   6   that these functions are operating on a packet, a packet

10:27:49   7   that has all of the headers available to it.  It has access

10:27:53   8   to the entire packet throughout processing.

10:27:55   9          And, again, the theory is simply from -- from

10:27:59   10  Implicit, that when I decide in my providence to look at

10:28:03   11  the L4 header, I, therefore, define this packet in terms of

10:28:11   12  a TCP processing routine, and I can ignore the first two

10:28:14   13  headers.

10:28:15   14         That ignores the packet, and I would just take the

10:28:19   15  Court back to its claim construction.  We're looking at the

10:28:21   16  characteristic of the packet and asking what is the

10:28:26   17  outermost header.  And throughout our products, all six of

10:28:29   18  them, including the ones that don't do the operation that

10:28:31   19  Mr. Hurt focused on, have ethernet as the outermost header

10:28:36   20  throughout processing.

10:28:37   21         Thank you, Your Honor.

10:28:37   22         THE COURT:  All right.  Counsel, I am persuaded

10:28:50   23  that there is a live factual dispute as to how these

10:28:56   24  products function, what's the role of the ethernet header,

10:29:01   25  if any, when the TCP header is being processed.  I do not

| | | |
|---|---|---|
| 10:29:08 | 1 | find a lack of material question of fact that would permit |
| 10:29:11 | 2 | the Court to enter judgment on a summary basis, and, |
| 10:29:16 | 3 | therefore, I'm going to deny Defendants' motion for summary |
| 10:29:18 | 4 | judgment of non-infringement. |
| 10:29:19 | 5 | And as indicated, I think this controls the motion |
| 10:29:25 | 6 | to strike Dr. Almeroth's report, and it rises and falls |
| 10:29:28 | 7 | with the ruling on the summary judgment motion, so I'm |
| 10:29:31 | 8 | going to deny the motion -- Docket 143 to strike |
| 10:29:37 | 9 | Dr. Almeroth's report. |
| 10:29:42 | 10 | All right.  We're going to take a short recess. |
| 10:29:44 | 11 | When we return, I'll take up Plaintiff's motion for partial |
| 10:29:47 | 12 | summary judgment and Daubert motion seeking to exclude |
| 10:29:52 | 13 | portions of the Defendants' invalidity expert report. |
| 10:29:56 | 14 | The Court stands in recess. |
| 10:29:57 | 15 | COURT SECURITY OFFICER:  All rise. |
| 10:32:43 | 16 | (Recess.) |
| 10:39:11 | 17 | COURT SECURITY OFFICER:  All rise. |
| 10:39:12 | 18 | THE COURT:  Be seated, please. |
| 10:48:42 | 19 | All right.  Counsel, as I indicated earlier, the |
| 10:48:46 | 20 | Court will now take up Plaintiff's motion for partial |
| 10:48:49 | 21 | summary judgment.  This is Docket Nos. 144 and 145.  Let me |
| 10:48:58 | 22 | hear argument, please. |
| 10:48:58 | 23 | MR. MARTIN:  Your Honor, may I approach the bench? |
| 10:49:00 | 24 | THE COURT:  You may. |
| 10:49:02 | 25 | MR. MARTIN:  Brandon Martin for Plaintiff, |