**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:18-cv-53-JRG |
| | § | LEAD CASE |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NETSCOUT SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## JOINT NOTICE REGARDING REDACTIONS TO COURT ORDERS

Pursuant to the Court's June 3, 2020 Memorandum Opinion and Orders (Dkt. 269, Dkt.270), Plaintiff Implicit, LLC and Defendant NetScout Systems, Inc. hereby notify the Court the Parties do not have any proposed redactions to the Orders.

| | |
|---|---|
| Dated: June 10, 2020<br><br>By: */s/ Mark C. Lang*  \_<br><br>Abran J. Kean (CO Bar 44660)<br>**ERISE IP, P.A.**<br>5600 Greenwood Plaza Blvd., Suite 200<br>Greenwood Village, CO 80111<br>Telephone: (913) 777-5600<br><br>Eric A. Buresh (KS Bar 19895)<br>Mark C. Lang (KS Bar 26185)<br>**ERISE IP, P.A.**<br>7015 College Blvd., Suite 700<br>Overland Park, Kansas 66211<br>Telephone: (913) 777-5600<br>Facsimile: (913) 777-5601<br>eric.buresh@eriseip.com<br>mark.lang@eriseip.com | Respectfully submitted,<br><br>By: */s/ William E. Davis, III*  \_<br><br>William E. Davis, III (TX Bar No. 24047416)<br>bdavis@bdavisfirm.com<br>Christian J. Hurt (TX Bar No. 24059987)<br>churt@bdavisfirm.com<br>Edward Chin (Of Counsel)<br>(TX Bar No. 50511688)<br>echine@bdavisfirm.com<br>Debra Coleman (Of Counsel)<br>(TX Bar No. 24059595)<br>dcoleman@bdavisfirm.com<br>Ty William Wilson<br>(TX Bar No. 24106583)<br>twilson@davisfirm.com<br>**THE DAVIS FIRM, PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas  75601 |

| | |
|---|---|
| Melissa Smith<br>Texas State Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, L.L.P.**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: 903-934-8450<br>Facsimile: 903-934-9257<br><br>*Counsel for Defendants*<br>*NetScout Systems, Inc. and*<br>*Sandvine Corporation* | Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br><br>*Counsel for Plaintiff Implicit, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this June 10, 2020.

/s/ *Melissa R. Smith*
Melissa R. Smith