DC 11
Rev. 7/82

# WRIT OF EXECUTION

**United States District Court**

DISTRICT: EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

TO THE MARSHAL OF: THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
IMPLICIT, LLC
101 E Park Blvd, Suite 600
Plano, TX 75074

you cause to be made and levied as well a certain debt of: $123,719.60

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| One-hundred twenty-three thousand, seven-hundred nineteen and sixty cents | |

In the United States District Court for the **Eastern** District of **Texas**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Implicit LLC

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE Sam B. Hall, Jr. United States Courthouse | DISTRICT EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION |
|---|---|
| CITY Marshall TX | DATE 5/26/2023 |

Witness the Honorable _Rodney Gilstrap_ (United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 4/26/23 | David A. O'Toole |
| | (BY) DEPUTY CLERK |
| | Helen Glunding |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U. S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00053-JRG |
| NETSCOUT SYSTEMS, INC., | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is NetScout Systems, Inc's ("NetScout") Unopposed Motion for Taxation of Costs (the "Motion"). (Dkt. No. 247.) The parties have met and conferred and have agreed that taxable costs in the above-captioned case amount to $123,719.60. Given the parties' agreement and having considered the submitted Bill of Costs, the Court **ORDERS** entry of Bill of Costs in the amount of $123,719.60.

**So ORDERED and SIGNED this 14th day of January, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE